IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS, MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No.: 1:22-cv-01482-CFC-SRF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT JIN GAO'S MOTION TO DISMISS**

DEFENDANT Jin Gao, by and through his undersigned counsel, hereby moves to dismiss the complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2), and 12(b)(6), to dismiss the above-captioned Complaint. The grounds for this Motion are set forth more fully in the accompanying Opening Brief in Support of Motion to Dismiss, which is filed concurrently herewith.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Kelly E. Rowe
Samuel T. Hirzel, II (# 4415)
Kelly E. Rowe (# 6199)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law

krowe@hegh.law
*Attorneys for Defendant Jin Gao*

Dated:  January 13, 2023