# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants, | Case No. 22-cv-1482-CFC/SRF |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST VBIT TECHNOLOGIES CORP AND VBIT MINING, LLC

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs hereby move for entry of default against VBit Technologies Corp and VBit Mining, LLC.

The grounds for this motion are set forth in Plaintiffs' Brief in Support of Plaintiffs' Motion for Entry of Default, filed contemporaneously herewith.

Dated: July 6, 2023

/s/ *Scott M. Tucker*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
Tel: 302 656-2500

W0045576.

Fax: 302-656-9053
rjk@chimicles.com
smt@chimicles.com

BONI, ZACK & SNYDER LLC
Michael J. Boni (admitted *pro hac vice*)
Joshua D. Snyder (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

LANGER, GROGAN & DIVER PC
Peter Leckman (admitted *pro hac vice*)
Mary Catherine Roper (admitted *pro hac vice*)
David Nagdeman (admitted *pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
pleckman@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023 I caused the foregoing Plaintiffs' Motion for Entry of Default to be served on all counsel of record via ECF. Plaintiffs' Motion for Entry of Default was also served as follows:

Via First-Class Mail:

> VBit Technologies Corp.
> 1625 Washington Ave.
> Philadelphia, PA 19146
>
> VBit Technologies Corp.
> c/o LegalInc Corporate Services, Inc.
> 651 N. Broad Street, Suite 201
> Middletown, DE 19709
>
> VBit Mining LLC
> 1625 Washington Ave.
> Philadelphia, PA 19146
>
> VBit Mining LLC
> c/o LegalInc Corporate Services, Inc.
> 651 N. Broad Street, Suite 201
> Middletown, DE 19709

Via e-mail:

> Lillian Zhou
> l.izhou@vbittech.com

/s/ *Scott M. Tucker*
Scott M. Tucker