IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSS DETTMERING et al, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 22-1482-CFC-SRF |
| | ) | |
| v. | ) | |
| | ) | |
| VBIT TECHNOLOGIES et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CLERK'S ENTRY OF DEFAULT IN APPEARANCE

AND NOW TO WIT THIS 10th day of July, 2023,

Plaintiffs have filed a request for default as to VBit Technologies Corp. and VBit Mining, LLC (D.I. 106);

WHEREAS, a Clerk's Entry of Default has not yet been entered against VBit Technologies Corp. and VBit Mining, LLC;

WHEREAS, the affidavit in support of the request for entry of default (D.I. 106, Ex. A), confirms that Service was effectuated (D.I. 10; D.I. 13) and defendants VBit Technologies Corp. and VBit Mining, LLC answered the Complaint (D.I. 18);

WHEREAS, counsel for VBit Technologies Corp. and VBit Mining, LLC filed a motion to withdraw from representation on March 31, 2023 (D.I. 71);

WHEREAS, the court granted the motion to withdraw as counsel on June 2, 2023 in a Memorandum Order that directed VBit Technologies Corp. and VBit Mining, LLC to retain new counsel within 30 days and cautioned that failure to do so may result in the entry of default in appearance against them (D.I. 88 at 4);

WHEREAS, VBit Technologies Corp. and VBit Mining, LLC were served with a copy of

the court's Memorandum Order by mail and email on June 8, 2023 (D.I. 89);

WHEREAS, more than 30 days has elapsed since the entry of the June 2 Memorandum Order and, to date, no counsel has entered an appearance on behalf of VBit Technologies Corp. and/or VBit Mining, LLC; and

WHEREAS, it is well-settled that a corporation must be represented by counsel and cannot proceed *pro se*, see *Simbraw, Inc. v. U.S.*, 367 F.2d 373, 374 (3d Cir. 1966);

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default in appearance is hereby ENTERED against Defendants VBit Technologies Corp. and VBit Mining, LLC.

Randall C. Lohan, Clerk

By: _____

DEPUTY CLERK