IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROSS DETTMERING, FRANCIS,                  :
MANGUBAT, and all other similarly          :
situated individuals,                      :
                                           :
                Plaintiffs,                :
                                           :
         v.                                :     C.A. No.: 1:22-cv-01482-JLH-SRF
                                           :
VBIT TECHNOLOGIES CORP.,                   :
VBIT MINING LLC, ADVANCED                  :
MINING GROUP, DANH CONG VO                 :
a/k/a DON VO, KATIE VOE, SEAN              :
TU, JIN GAO, LILLIAN ZHAO,                 :
JOHN DOE INDIVIDUALS 1-10,                 :
and ABC COMPANIES 1-10,                    :
                                           :
                                           :
                Defendants.                :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 30, 2024, a copy of Defendant Jin Gao's

Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1) and Paragraph 3 of the Default Standard

for Discovery was served on the following counsel by electronic mail:

Robert J. Kriner, Jr., Esq.                Michael Patrick Minuti, Esq.
Scott M. Tucker, Esq.                      MCCANN DILLON JAFFE & LAMB, LLC
CHIMICLES SCHWARTZ KRINER                  300 Delaware Avenue, Suite 805
& DONALDSON-SMITH LLP                      Wilmington, DE 19801
2711 Centerville Road Suite 201
Wilmington, DE 19808


Ronald P. Golden , III, Esq.               Travis Hunter, Esq.
BAYARD, P.A.                               RICHARDS, LAYTON & FINGER, PA
600 N. King Street, Ste 400                One Rodney Square, Suite 600
Wilmington, DE 19801                       920 N. King Street
                                           Wilmington, DE 19801

Benjamin L. Wallace, Esq.
U.S. Attorney's Office, District of Delaware
1313 N. Market Street
Wilmington, DE 19801

Sean Tu
saj.tu@outlook.com
*PRO SE*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP


*/s/ Emily A. Letcher*
Samuel T. Hirzel, II (# 4415)
Emily A. Letcher (# 6560)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7302
shirzel@hegh.law
eletcher@hegh.law
*Attorneys for Defendant Jin Gao*

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY
Scott M. Ratchick
John C. Guin
191 Peachtree Street, NE, 46th Floor
Atlanta, Georgia 30303
(404) 659-1410
scott.ratchick@chamberlainlaw.com
john.guin@chamberlainlaw.com

Dated: December 30, 2024

2