# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 22-1482-JLH-SRF |
| v. | ) ) ) |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 30, 2024, true and correct copies of Defendant Phuong D Vo a/k/a Katie Vo's (1) Initial Disclosures pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) and (2) Delaware Default Paragraph 3 Disclosures were caused to be served upon the following counsel of record as follows:

**VIA ELECTRONIC MAIL**
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
Tel: 302 656-2500
Fax: 302-656-9053
rjk@chimicles.com
smt@chimicles.com

**VIA ELECTRONIC MAIL**
Michael J. Boni
Joshua D. Snyder
Benjamin J. Eichel
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

**VIA ELECTRONIC MAIL**
Peter Leckman
Mary Catherine Roper
David Nagdeman
LANGER, GROGAN & DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
pleckman@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com


OF COUNSEL:

Mitchell S. Kim
Danielle M. Mayer
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
mkim@buchalter.com
dmayer@buchalter.com

/s/ Jessica E. Blau
Travis S. Hunter (#5350)
Jessica E. Blau (#7163)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
blau@rlf.com

*Attorneys for Defendant Phuong D Vo a/k/a Katie Vo*

Dated: December 30, 2024

2