IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS, MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No.: 1:22-cv-01482-JLH-SRF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 29, 2025, copies of: (1) Defendant Jin Gao's Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendant Jin Gao; (2) Verification of Jin Gao; and (3) Defendant Jin Gao's Responses and Objections to Plaintiffs' Second Requests for Production were served on the following counsel by electronic mail:

| | |
|---|---|
| Robert J. Kriner, Jr., Esq.<br>Scott M. Tucker, Esq.<br>CHIMICLES SCHWARTZ KRINER<br>& DONALDSON-SMITH LLP<br>2711 Centerville Road Suite 201<br>Wilmington, DE 19808 | Michael Patrick Minuti, Esq.<br>MCCANN DILLON JAFFE & LAMB, LLC<br>300 Delaware Avenue, Suite 805<br>Wilmington, DE 19801 |
| Sean Tu<br>saj.tu@outlook.com<br>*PRO SE* | Travis Hunter, Esq.<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square, Suite 600<br>920 N. King Street<br>Wilmington, DE 19801 |

Benjamin L. Wallace, Esq.
U.S. Attorney's Office, District of Delaware
1313 N. Market Street
Wilmington, DE 19801

                HEYMAN ENERIO
                GATTUSO & HIRZEL LLP

                */s/ Emily A. Letcher*
                Samuel T. Hirzel, II (# 4415)
                Emily A. Letcher (# 6560)
                300 Delaware Avenue, Suite 200
                Wilmington, DE 19801
                (302) 472-7302
                shirzel@hegh.law
                eletcher@hegh.law
                *Attorneys for Defendant Jin Gao*

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY
Scott M. Ratchick
John C. Guin
191 Peachtree Street, NE, 46th Floor
Atlanta, Georgia 30303
(404) 659-1410
scott.ratchick@chamberlainlaw.com
john.guin@chamberlainlaw.com

Dated:  January 29, 2025