# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>　　　　Defendants. | Civil Action No. 22-1482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10 and ABC COMPANIES 1-10,<br><br>　　　　Defendants. | Civil Action No. 22-1574-JLH-SRF |

## MOTION FOR LEAVE TO FILE MOTION FOR LEAVE TO FILE AN AMENDED AND CONSOLIDATED COMPLAINT UNDER SEAL

Plaintiffs move for an order permitting the filing of the motion for leave to file an amended and consolidated complaint and its exhibits under seal. The grounds for this motion are as follows:

Plaintiffs move the Court under Rule 15(a)(2) to amend the pleadings to conform with the evidence adduced through discovery. The Protective Order entered by this Court on February 23, 2023 (D.I. 49) determines that "All documents and materials produced in discovery, including initial disclosures, discovery responses, deposition testimony and exhibits, and information derived directly therefrom (…) are subject to this order concerning Confidential Information and set forth below." Accordingly, since the Amended Complaint adds claims against Defendants Jin Gao and Katie Vo and factual allegations adduced in discovery to support such claims, Plaintiffs are obligated to file such information under seal. To the best of the Plaintiffs' knowledge, none of this information is publicly available.

Plaintiffs will submit a public version of the Motion and the Amended Complaint that redacts confidential information within 7 days

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion to file the Motion and the Amended Complaint under seal.

Dated: September 22, 2025

By: */s/ Scott M. Tucker*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

BONI, ZACK & SNYDER LLC
Michael J. Boni (admitted *pro hac vice*)
Joshua D. Snyder (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

LANGER, GROGAN & DIVER PC
Peter Leckman (admitted *pro hac vice*)
Mary Catherine Roper (admitted *pro hac vice*)
David Nagdeman (admitted *pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
pleckman@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*