# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | Civil Action No. 22-1482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10 and ABC COMPANIES 1-10,<br><br>Defendants. | Civil Action No. 22-1574-JLH-SRF |

## [PROPOSED] ORDER

On consideration of Plaintiffs' Motion for Leave to file the Motion for Leave to File an Amended and Consolidated Complaint under seal it is HEREBY ORDERED that the Motion is GRANTED. Plaintiffs may file the motion for leave to file an amended and consolidated complaint under seal. Plaintiffs shall file a redacted version of the Motion and the Amended Complaint within 7 (seven) days of this Order.

IT IS SO ORDERED this _____ day of September   , 2025.

_____
UNITED STATES DISTRICT JUDGE