# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals, ) ) ) ) ) Plaintiffs, ) ) v. ) ) VBIT TECHNOLOGIES CORP., VBIT ) MINING LLC, ADVANCED MINING ) GROUP, DANH CONG VO a/k/a DON ) VO, PHUONG D VO a/k/a KATIE VO, ) SEAN TU, JIN GAO, and JOHN DOE ) INDIVIDUALS 1-10, and ABC ) COMPANIES 1-10, ) ) Defendants. ) | Civil Action No. 22-1482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals, ) ) ) Plaintiff, ) ) v. ) ) VBIT TECHNOLOGIES CORP., VBIT ) MINING LLC, ADVANCED MINING ) GROUP, DANH CONG VO a/k/a DON ) VO, PHUONG D VO a/k/a KATIE VO, ) SEAN TU, JIN GAO, and JOHN DOE ) INDIVIDUALS 1-10 and ABC ) COMPANIES 1-10, ) ) Defendants. ) | Civil Action No. 22-1574-JLH-SRF |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, undersigned counsel states that counsel for the movant has reasonably conferred with counsel for Defendants Jin Gao and Katie Vo regarding the relief requested herein, and they do not oppose the motion. Undersigned counsel states further that Plaintiffs have attempted to confer with pro se party Sean Tu regarding the relief requested herein, including by telephone and email, but has not received a response.

Dated: September 24, 2025

By: /s/ Scott M. Tucker
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

BONI, ZACK & SNYDER LLC
Michael J. Boni (admitted *pro hac vice*)
Joshua D. Snyder (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

LANGER, GROGAN & DIVER PC
Peter Leckman (admitted *pro hac vice*)
Mary Catherine Roper (admitted *pro hac vice*)
David Nagdeman (admitted *pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5660

Fax: 215-320-5703
pleckman@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class*