# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>  Defendants. | Civil Action No. 22-1482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10 and ABC COMPANIES 1-10,<br><br>  Defendants. | Civil Action No. 22-1574-JLH-SRF |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, undersigned counsel states that counsel for the movant has reasonably conferred with counsel for Defendants Jin Gao and Katie Vo and pro se party Sean Tu, regarding the relief requested herein, and they do not oppose the motion.

Dated: September 25, 2025

By: /s/ *Scott M. Tucker*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

BONI, ZACK & SNYDER LLC
Michael J. Boni (admitted *pro hac vice*)
Joshua D. Snyder (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

LANGER, GROGAN & DIVER PC
Peter Leckman (admitted *pro hac vice*)
Mary Catherine Roper (admitted *pro hac vice*)
David Nagdeman (admitted *pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
pleckman@langergrogan.com
mroper@langergrogan.com
dnagdeman@langergrogan.com
*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*