```
```
# EXHIBIT A

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 2 of 14 PageID #: 3355

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3                          - - -

 4   ROSS DETTMERING, FRANCIS           )
     MANGUBAT, and all other similarly )
 5   Situated individuals,              )
              Plaintiffs,                )
 6                                       ) Civil Action No.
     V.                                  ) 22-1482-CFC-SRF
 7                                       )
     VBIT TECHNOLOGIES CORP., VBIT       )
 8   MINING LLC, ADVANCED MINING         )
     GROUP, DANH CONG VO a/k/a Don       )
 9   VO, PHUONG D VO a/k/a KATIE VO,     )
     SEAN TU, JIN GAO, and JOHN DOE      )
10   INDIVIDUALS 1-10, and ABC           )
     COMPANIES 1-10,                     )
11            Defendants.                )

12   ---------------------------------

13   MICHAEL EICHLER, and all other      )
     Similarly situated individuals,     )
14            Plaintiff,                 )
                                         )
15   V.                                  )
                                         ) Civil Action No.
16   VBIT TECHNOLOGIES CORP., VBIT       ) 22-1574-CFC-SRF
     MINING LLC, ADVANCED MINING         )
17   GROUP, DANH CONG VO a/k/a Don       )
     VO, PHUONG D VO a/k/a KATIE VO,     )
18   SEAN TU, JIN GAO, and JOHN DOE      )
     INDIVIDUALS 1-10 and ABC            )
19   COMPANIES 1-10,                     )
              Defendants.                )
20

21                          - - -

22                  August 12, 2025

23                          - - -

24   Everest Job No. 43491

25
```

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 3 of 14 PageID #: 3356

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

|    |                                                                     |
|----|---------------------------------------------------------------------|
| 1  | - - -                                                               |
| 2  | Oral deposition of JIN GAO, taken pursuant                          |
| 3  | to notice, was held at the Law Offices of Boni, Zack &              |
| 4  | Snyder, 15 St. Asaphs Road, Bala Cynwyd, Pennsylvania,              |
| 5  | beginning at 9:30 a.m., on the above date, before                   |
| 6  | Jennifer Brennan, a Court Reporter and Notary Public                |
| 7  | in and for the Commonwealth of Pennsylvania and State               |
| 8  | of Delaware.                                                        |
| 9  |                                                                     |
| 10 | - - -                                                               |

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 4 of 14 PageID #: 3357

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

APPEARANCES:

BONI, ZACK & SNYDER LLC
BY: JOSHUA D. SNYDER, ESQUIRE
    BENJAMIN J. EICHEL, ESQUIRE
15 St. Asaphs Road
Bala Cynwyd, PA 19004
610.822.0200
Beichel@bonizack.com
Jsnyder@bonizack.com
Interim Co-Lead Counsel for Plaintiffs
And the Proposed Class


LANGER, GROGAN & DIVER PC
BY: DAVID NAGDEMAN, ESQUIRE (remotely)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
215.320.5660
Dnagdeman@langergrogan.com
Interim Co-Lead Counsel for Plaintiffs
And the Proposed Class


CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
BY: SCOTT M. TUCKER, ESQUIRE (remotely)
2711 Centerville Road Suite 201
Wilmington, DE 19808
302.656.2500
Smt@chimicles.com
Liaison Counsel for Plaintiffs and the
Proposed Class


CHAMBERLAIN LAW
BY: SCOTT M. RATCHICK, ESQUIRE
191 Peachtree Street, NE, 46th Floor
Atlanta, GA 30303
Scott.ratchick@chamberlainlaw.com
Representing Defendant, Jin Gao

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 5 of 14 PageID #: 3358

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

```
 1 | APPEARANCES:   (Cont.)
 2 |
 3 | BUCHALTER
   | BY:  MITCHELL S. KIM, ESQUIRE (remotely)
 4 | 1000 Wilshire Boulevard
   | Suite 1500
 5 | Los Angeles, CA 90017-1730
   | 213.563.8360
 6 | Mkim@buchalter.com
   | Representing Defendant, Phuong D. Vo
 7 |
 8 | ALSO PRESENT:
   |      Sean Tu, Defendant (remotely)
 9 |      Katie Vo, Defendant (remotely)
10 |                       -  -  -
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
```

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 6 of 14 PageID #: 3359

Deposition of Jin Gao                                          Ross Dettmering, et al. v. VBit Technologies Corp., et al.

```
                         -  -  -

                      I N D E X

                         -  -  -


   Testimony of:  JIN GAO                         PAGE


   BY ATTORNEY SNYDER                             8


                         -  -  -

                     E X H I B I T S

                         -  -  -


   NO.         DESCRIPTION                        PAGE

   Gao-1       GAO-DET000935 to GAO-DET000937     15
   Gao-2       GAO-DET000083                      30
   Gao-3       Equity Purchase Agreement          98
   Gao-4       VBit DC Corp Capitalization Table  102
   Gao-5       Email & GAO-DET009644 to           108
               GAO-DET000947
   Gao-6       Email from Mary Grace (4/12/21)    118
   Gao-7       Email from Morris@ici.cn.com       119
               (11/19/21)
   Gao-8       Facebook post (12/9/20)            129
   Gao-9       Meeting Minute from Ishih Chung    131
               (7/6/09)
   Gao-10      Email from Jin Gao (12/4/19) and   132
               GAO-DET007466 to GAO-DET007473
   Gao-11      GAO-DET007233                      140
   Gao-12      GAO-DET007196 with attachment      142
   Gao-13      GAO-DET007226                      148
   Gao-14      GAO-DET007240 to GAO-DET007245     148
   Gao-15      GAO-DET007388                      150
   Gao-16      GAO-DET007362 to GAO-DET007367     152
   GAo-17      GAO-DET007358 to GAO-DET007359     154
   Gao-18      GAO-DET007337 to GAO-DET007343     158
   Gao-19      GAO-DET007414 to GAO-DET007415     159
   Gao-20      VBit Leaders' Meeting Agenda       164
               1/8/19
   Gao-21      Spreadsheet (not attached)         187
   Gao-22      Durable Power of Attorney of       208
               Danh Cong Vo
   Gao-23      GAO-DET009221 to GAO-DET009222     213
```

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 7 of 14 PageID #: 3360

Deposition of Jin Gao                          Ross Dettmering, et al. v. VBit Technologies Corp., et al.

```
 1   Exhibit (cont.)

 2   NO.         DESCRIPTION                                        PAGE

 3   Gao-24      Cancellation of your investment                    214
                 Email (11/10/21)
 4   Gao-25      VBit Technologies Press Release                    217
                 (1/31/22)
 5   Gao-26      Defendant Jin Gao's Amended                        222
                 Responses and objections to
 6               Plaintiffs' Second Set of
                 Interrogatories to Defendant Jin Gao
 7   GAo-27      Verification of Jin Gao                            222
     Gao-28      GAO-DET008407 to GAO-DET008408                     229
 8   Gao-29      Spreadsheet (not attached)                         232
     Gao-30      Spreadsheet (not attached)                         238
 9   Gao-31      GAO000171 to GAO000172                             241
     Gao-32      Termination of Attorney-Client                     246
10               Relationship letter with Kelman
     Gao-33      Mucellin0001979 to Mucellin001980                  249
11   Gao-34      GAO-DET000283 to GAO-DET000284                     257
     Gao-35      Jin Gao's Withdraw Spreadsheet                     259
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 8 of 14 PageID #: 3361

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

1  already asked and answered.
2          THE WITNESS:  Yes.  A true statement as in
3  this is my own business in terms of I am an
4  independent contractor.  I'm growing my business.  At
5  that point, this is my Bitcoin mining company.  Just
6  like when you -- for all these network marketing
7  companies that I was with, this is my -- you take it
8  as your own company.  This is my team.  So whatever my
9  team does, it's my company.
10         ATTORNEY SNYDER:  Okay, thank you.  Could we
11 go off the record.
12                 - - -
13         (Whereupon, a recess was held at this time.)
14                 - - -
15         ATTORNEY SNYDER:  For those on the phone, this
16 is Gao native D.
17         ATTORNEY RATCHICK:  Exhibit 35?
18         ATTORNEY SNYDER:  35.
19                 - - -
20         (Whereupon, Exhibit Gao-35 was marked for
21 identification.)
22                 - - -
23         ATTORNEY RATCHICK:  And you said D?
24         ATTORNEY SNYDER:  Native D.  It's spreadsheet
25 D.

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 9 of 14 PageID #: 3362

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

BY ATTORNEY SNYDER:

Q. And Mr. Gao, this is not something you produced. What you did produce, if you look at the Bates range on the right, are a number of emails that show withdrawal requests of Bitcoin?

A. Okay.

Q. And what I did was I asked our paralegal to compile all those with the amount and the email address and the date and time.

So for purposes of these questions, we'll just have to accept that that was the process.

A. Okay.

Q. And certainly you remember you withdrew Bitcoin from your VBit wallet a number of times, right?

A. Yes.

Q. Okay. So if you look at the total at the end, I used the summation feature and it came to 37.45.

Does that sound like how much Bitcoin you withdrew approximately from VBit?

ATTORNEY RATCHICK: I'll let him answer the question, but for the record, we're not accepting any of this as necessarily true. So objection as to foundation, but I will let him answer that final question.

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 10 of 14 PageID #: 3363

Deposition of Jin Gao                                    Ross Dettmering, et al. v. VBit Technologies Corp., et al.

1    ATTORNEY SNYDER:  I've got one more.

2    ATTORNEY RATCHICK:  No, no, I'm saying the
3 last question that you asked.

4    ATTORNEY SNYDER:  Okay, thank you.

5    THE WITNESS:  Yes, I think if that summation
6 is correct.

7    ATTORNEY RATCHICK:  The question was whether
8 or not you think that's accurate.  So if that sounds
9 right, not necessarily relying on this.  Unless it
10 refreshes your recollection.  But you can answer if
11 that sounds about right.

12    THE WITNESS:  Yeah, that sounds about right.
13 BY ATTORNEY SNYDER:
14 Q.    Okay.  And if we look at the far left column,
15 you see a number of dates.  I'll represent to you they
16 correspond with the emails that were in the files.
17    Do you recall any additional withdrawals in
18 2019 or 2020 beyond what's shown there?
19 A.    I really -- I don't remember.
20 Q.    You don't recall any others?
21 A.    Yeah.  You say before 2019?
22 Q.    In either 2019 or 2020?
23    ATTORNEY RATCHICK:  Can I ask a question?
24    ATTORNEY SNYDER:  Sure.
25    ATTORNEY RATCHICK:  Is this just as to VBit or

Case 1:22-cv-01482-JLH-SRF   Document 266-1   Filed 10/06/25   Page 11 of 14 PageID #: 3364

Deposition of Jin Gao                               Ross Dettmering, et al. v. VBit Technologies Corp., et al.

1  does it also include anything to do with VCloud?  I
2  don't know the answer.  I'm not suggesting one way or
3  another.
4              ATTORNEY SNYDER:  As far as I know, it's all
5  VBit.
6              ATTORNEY RATCHICK:  Okay.
7              ATTORNEY SNYDER:  As far as I know.
8              ATTORNEY RATCHICK:  Okay.
9              THE WITNESS:  I'm sorry.  Ask your question
10 again?
11 BY ATTORNEY SNYDER:
12 Q.       Yeah.  What I'm really getting at is there
13 are, you know, two and a half pages, roughly, of
14 entries.  And we have them sorted in date order.  And
15 there's only four made before October -- five before
16 October 29, of 2021.  Do you see that?
17 A.       Yes.
18 Q.       And does this refresh your recollection that
19 in late October 2021, you began withdrawing Bitcoin
20 far more regularly than you had before?
21 A.       Yes.
22 Q.       And if we look at the -- you would agree with
23 me, Mr. Gao, that October 18th withdrawal at .002,
24 that was very small, right?
25             ATTORNEY RATCHICK:  October 18?

**Jin Gao's withdrawals**

| Date and time | Amount | Email address | Location | Bates # |
|---|---|---|---|---|
| 12/17/2019 14:55 | 1.36 | jin_gao88@yahoo.com | | GAO-DET001811 - 0173120.eml |
| 12/23/2019 16:36 | 1.36 | jin_gao88@yahoo.com | | GAO-DET002032 - 0174528.eml |
| 8/12/2021 16:05 | 0.5 | oagnij88@gmail.com | | GAO-DET010462 - 0001159.eml |
| 9/2/2021 11:38 | 0.1 | oagnij88@gmail.com | | GAO-DET010440 - 0001141.eml |
| 10/18/2021 17:40 | 0.00242846 | oagnij88@gmail.com | | GAO-DET011189 - 0001091.eml |
| 10/29/2021 10:20 | 0.147196 | oagnij88@gmail.com | | GAO-DET011177 - 0001072.eml |
| 10/30/2021 16:58 | 0.15 | oagnij88@gmail.com | | GAO-DET011172 - 0001055.eml |
| 11/2/2021 7:43 | 0.14983861 | oagnij88@gmail.com | | GAO-DET010360 - 0001039.eml |
| 11/3/2021 10:07 | 0.03061514 | oagnij88@gmail.com | | GAO-DET010359 - 0001027.eml |
| 11/3/2021 10:15 | 0.12242455 | oagnij88@gmail.com | | GAO-DET011157 - 0001023.eml |
| 11/4/2021 11:16 | 0.15 | oagnij88@gmail.com | | GAO-DET010357 - 0001011.eml |
| 11/5/2021 11:44 | 0.15 | oagnij88@gmail.com | | GAO-DET010355 - 0001003.eml |
| 11/7/2021 17:46 | 0.15030568 | oagnij88@gmail.com | | GAO-DET010354 - 0000993.eml |
| 11/8/2021 14:46 | 0.01516433 | oagnij88@gmail.com | | GAO-DET010351 - 0000985.eml |
| 11/8/2021 20:28 | 0.12555777 | oagnij88@gmail.com | | GAO-DET010349 - 0000980.eml |
| 11/10/2021 12:20 | 0.13758191 | oagnij88@gmail.com | | GAO-DET010347 - 0000969.eml |
| 11/11/2021 12:54 | 0.14566445 | oagnij88@gmail.com | | GAO-DET010345 - 0000965.eml |
| 11/12/2021 16:44 | 0.02306733 | oagnij88@gmail.com | | GAO-DET010344 - 0000960.eml |
| 11/12/2021 16:47 | 0.1240656 | oagnij88@gmail.com | | GAO-DET010343 - 0000957.eml |
| 11/13/2021 17:48 | 0.14705472 | oagnij88@gmail.com | | GAO-DET010342 - 0000953.eml |
| 11/14/2021 20:11 | 0.14396767 | oagnij88@gmail.com | | GAO-DET010341 - 0000949.eml |
| 11/16/2021 16:50 | 0.15677096 | oagnij88@gmail.com | | GAO-DET010333 - 0000940.eml |
| 11/18/2021 1:11 | 0.15856679 | oagnij88@gmail.com | | GAO-DET010332 - 0000935.eml |
| 11/19/2021 9:45 | 0.16374797 | oagnij88@gmail.com | | GAO-DET010331 - 0000929.eml |
| 11/20/2021 14:59 | 0.15930924 | oagnij88@gmail.com | | GAO-DET010330 - 0000924.eml |
| 11/21/2021 11:24 | 0.15981189 | oagnij88@gmail.com | | GAO-DET010328 - 0000920.eml |
| 11/22/2021 19:12 | 0.16857728 | oagnij88@gmail.com | | GAO-DET010327 - 0000916.eml |
| 11/23/2021 21:26 | 0.1672563 | oagnij88@gmail.com | | GAO-DET010326 - 0000910.eml |
| 11/25/2021 14:58 | 0.16071745 | oagnij88@gmail.com | | GAO-DET010323 - 0000904.eml |
| 11/26/2021 17:44 | 0.17444612 | oagnij88@gmail.com | | GAO-DET010322 - 0000900.eml |
| 11/27/2021 17:36 | 0.17269181 | oagnij88@gmail.com | | GAO-DET010321 - 0000897.eml |
| 11/28/2021 18:26 | 0.16517664 | oagnij88@gmail.com | | GAO-DET010320 - 0000894.eml |
| 11/29/2021 20:51 | 0.16518163 | oagnij88@gmail.com | | GAO-DET010319 - 0000887.eml |
| 12/1/2021 15:06 | 0.16478375 | oagnij88@gmail.com | | GAO-DET011049 - 0000877.eml |
| 12/2/2021 17:36 | 0.16700705 | oagnij88@gmail.com | | GAO-DET010316 - 0000870.eml |
| 12/3/2021 16:34 | 0.17576234 | oagnij88@gmail.com | | GAO-DET010315 - 0000864.eml |
| 12/4/2021 20:54 | 0.19235671 | oagnij88@gmail.com | | GAO-DET010314 - 0000860.eml |
| 12/5/2021 19:56 | 0.19430179 | oagnij88@gmail.com | | GAO-DET010313 - 0000857.eml |
| 12/7/2021 9:44 | 0.18458279 | oagnij88@gmail.com | | GAO-DET010258 - 0000845.eml |
| 12/8/2021 18:15 | 0.1877053 | oagnij88@gmail.com | | GAO-DET011024 - 0000837.eml |
| 12/10/2021 1:32 | 0.19662662 | oagnij88@gmail.com | Los Angeles, California, US | GAO-DET010257 - 0000831.eml |
| 12/11/2021 16:29 | 0.19477407 | oagnij88@gmail.com | Los Angeles, California, US | GAO-DET010256 - 0000824.eml |
| 12/12/2021 14:57 | 0.18841294 | oagnij88@gmail.com | Los Angeles, California, US | GAO-DET010255 - 0000820.eml |
| 12/14/2021 19:18 | 0.19598162 | oagnij88@gmail.com | | GAO-DET010254 - 0000810.eml |
| 12/17/2021 9:35 | 0.2026463 | oagnij88@gmail.com | | GAO-DET010253 - 0000797.eml |
| 12/18/2021 10:43 | 0.20147575 | oagnij88@gmail.com | | GAO-DET010252 - 0000793.eml |
| 12/18/2021 10:48 | 0.201311 | jin_gao88@yahoo.com | | GAO-DET005480 - 0199278.eml |
| 12/19/2021 15:55 | 0.20206117 | oagnij88@gmail.com | Montgomeryville, Pennsylvania, US | GAO-DET010976 - 0000790.eml |
| 12/19/2021 15:58 | 0.20216922 | jin_gao88@yahoo.com | | GAO-DET005477 - 0199258.eml |
| 12/20/2021 20:52 | 0.20182523 | oagnij88@gmail.com | | GAO-DET010967 - 0000781.eml |
| 12/20/2021 20:55 | 0.20172318 | jin_gao88@yahoo.com | | GAO-DET005467 - 0199210.eml |
| 12/21/2021 22:39 | 0.19198419 | oagnij88@gmail.com | | GAO-DET010958 - 0000774.eml |
| 12/21/2021 22:43 | 0.19196651 | jin_gao88@yahoo.com | | GAO-DET005462 - 0199167.eml |
| 12/22/2021 20:27 | 0.19630302 | oagnij88@gmail.com | | GAO-DET010248 - 0000768.eml |
| 12/22/2021 20:37 | 0.19583904 | jin_gao88@yahoo.com | | GAO-DET005453 - 0199152.eml |
| 12/23/2021 21:06 | 0.18412999 | oagnij88@gmail.com | | GAO-DET010247 - 0000762.eml |
| 12/23/2021 21:19 | 0.18474092 | jin_gao88@yahoo.com | | GAO-DET005449 - 0199126.eml |
| 12/24/2021 20:51 | 0.18560216 | oagnij88@gmail.com | | GAO-DET010246 - 0000756.eml |
| 12/24/2021 20:54 | 0.18573447 | jin_gao88@yahoo.com | | GAO-DET005444 - 0199092.eml |
| 12/25/2021 22:07 | 0.18944166 | oagnij88@gmail.com | | GAO-DET010245 - 0000753.eml |
| 12/25/2021 22:11 | 0.1894124 | jin_gao88@yahoo.com | | GAO-DET005441 - 0199080.eml |
| 12/26/2021 23:14 | 0.1855366 | oagnij88@gmail.com | | GAO-DET010244 - 0000750.eml |
| 12/26/2021 23:17 | 0.18565484 | jin_gao88@yahoo.com | | GAO-DET005438 - 0199062.eml |
| 12/28/2021 20:49 | 0.19786055 | oagnij88@gmail.com | | GAO-DET010243 - 0000738.eml |
| 12/28/2021 20:52 | 0.19783649 | jin_gao88@yahoo.com | | GAO-DET005389 - 0198995.eml |
| 12/30/2021 0:09 | 0.2028198 | oagnij88@gmail.com | | GAO-DET010240 - 0000732.eml |
| 12/30/2021 0:13 | 0.20276269 | jin_gao88@yahoo.com | | GAO-DET005386 - 0198959.eml |
| 12/30/2021 22:56 | 0.20039833 | oagnij88@gmail.com | | GAO-DET010238 - 0000728.eml |
| 12/30/2021 23:00 | 0.20047744 | jin_gao88@yahoo.com | | GAO-DET005365 - 0198925.eml |

EXHIBIT Gao-35 8/12/2025

| Date/Time | Value | Email | Location | File |
|---|---|---|---|---|
| 1/1/2022 0:35 | 0.19931367 | oagnij88@gmail.com | | GAO-DET010237 - 0000721.eml |
| 1/1/2022 0:38 | 0.19933169 | jin_gao88@yahoo.com | | GAO-DET005362 - 0198875.eml |
| 1/2/2022 16:05 | 0.20172982 | oagnij88@gmail.com | | GAO-DET010236 - 0000718.eml |
| 1/2/2022 16:07 | 0.20147789 | jin_gao88@yahoo.com | | GAO-DET005359 - 0198842.eml |
| 1/3/2022 18:19 | 0.2039802 | oagnij88@gmail.com | | GAO-DET010235 - 0000715.eml |
| 1/3/2022 18:21 | 0.20407416 | jin_gao88@yahoo.com | | GAO-DET005355 - 0198793.eml |
| 1/4/2022 17:43 | 0.20480608 | oagnij88@gmail.com | | GAO-DET010234 - 0000711.eml |
| 1/4/2022 18:04 | 0.20525518 | jin_gao88@yahoo.com | | GAO-DET005352 - 0198742.eml |
| 1/5/2022 21:05 | 0.21752165 | oagnij88@gmail.com | | GAO-DET010233 - 0000701.eml |
| 1/5/2022 21:08 | 0.21732544 | jin_gao88@yahoo.com | | GAO-DET005347 - 0198689.eml |
| 1/6/2022 22:27 | 0.22374555 | oagnij88@gmail.com | | GAO-DET010232 - 0000698.eml |
| 1/6/2022 22:29 | 0.22419342 | jin_gao88@yahoo.com | | GAO-DET005342 - 0198648.eml |
| 1/8/2022 18:15 | 0.22538347 | oagnij88@gmail.com | | GAO-DET010231 - 0000692.eml |
| 1/8/2022 18:20 | 0.22560572 | jin_gao88@yahoo.com | | GAO-DET005339 - 0198576.eml |
| 1/11/2022 19:04 | 0.22090754 | oagnij88@gmail.com | | GAO-DET010230 - 0000684.eml |
| 1/11/2022 19:08 | 0.22105745 | jin_gao88@yahoo.com | | GAO-DET005957 - 0200264.eml |
| 1/13/2022 21:49 | 0.22168846 | oagnij88@gmail.com | | GAO-DET010229 - 0000676.eml |
| 1/13/2022 21:55 | 0.22171133 | jin_gao88@yahoo.com | | GAO-DET005935 - 0200153.eml |
| 1/14/2022 20:12 | 0.21969381 | oagnij88@gmail.com | | GAO-DET010227 - 0000669.eml |
| 1/14/2022 20:15 | 0.21953482 | jin_gao88@yahoo.com | | GAO-DET005863 - 0200107.eml |
| 1/19/2022 8:13 | 0.22395991 | oagnij88@gmail.com | Charlotte Amalie,Saint Thomas Island,VI | GAO-DET010226 - 0000661.eml |
| 1/19/2022 8:17 | 0.22384669 | jin_gao88@yahoo.com | | GAO-DET005844 - 0199982.eml |
| 1/20/2022 20:49 | 0.23726213 | oagnij88@gmail.com | | GAO-DET010841 - 0000653.eml |
| 1/20/2022 20:55 | 0.23740106 | jin_gao88@yahoo.com | | GAO-DET005835 - 0199890.eml |
| 1/21/2022 21:26 | 0.26058747 | oagnij88@gmail.com | | GAO-DET010224 - 0000649.eml |
| 1/23/2022 7:40 | 0.26518693 | oagnij88@gmail.com | | GAO-DET010223 - 0000646.eml |
| 1/23/2022 7:43 | 0.26642638 | jin_gao88@yahoo.com | | GAO-DET005677 - 0199840.eml |
| 1/24/2022 10:50 | 0.27713543 | oagnij88@gmail.com | | GAO-DET010222 - 0000642.eml |
| 1/24/2022 11:00 | 0.27646559 | jin_gao88@yahoo.com | | GAO-DET005666 - 0199809.eml |
| 1/25/2022 12:54 | 0.25446372 | oagnij88@gmail.com | | GAO-DET010828 - 0000638.eml |
| 1/25/2022 14:40 | 0.25596023 | jin_gao88@yahoo.com | | GAO-DET005661 - 0199762.eml |
| 1/26/2022 17:11 | 0.26044257 | oagnij88@gmail.com | | GAO-DET010221 - 0000632.eml |
| 1/26/2022 17:14 | 0.26050429 | jin_gao88@yahoo.com | | GAO-DET005658 - 0199703.eml |
| 1/27/2022 17:59 | 0.25761003 | oagnij88@gmail.com | | GAO-DET010219 - 0000628.eml |
| 1/27/2022 18:03 | 0.25739251 | jin_gao88@yahoo.com | | GAO-DET005642 - 0199651.eml |
| 1/28/2022 17:38 | 0.2498528 | oagnij88@gmail.com | | GAO-DET010817 - 0000623.eml |
| 1/28/2022 17:42 | 0.24979303 | jin_gao88@yahoo.com | | GAO-DET005637 - 0199605.eml |
| 1/29/2022 23:37 | 0.24899526 | oagnij88@gmail.com | | GAO-DET010218 - 0000620.eml |
| 1/29/2022 23:39 | 0.24899388 | jin_gao88@yahoo.com | | GAO-DET005577 - 0199560.eml |
| 1/31/2022 22:33 | 0.24582572 | oagnij88@gmail.com | | GAO-DET010217 - 0000615.eml |
| 1/31/2022 22:38 | 0.24596997 | jin_gao88@yahoo.com | | GAO-DET005568 - 0199498.eml |
| 2/1/2022 21:41 | 0.24503049 | oagnij88@gmail.com | | GAO-DET010801 - 0000607.eml |
| 2/1/2022 21:54 | 0.2451317 | jin_gao88@yahoo.com | | GAO-DET005563 - 0199448.eml |
| 2/2/2022 21:55 | 0.25625253 | oagnij88@gmail.com | | GAO-DET010796 - 0000602.eml |
| 2/2/2022 21:59 | 0.25632684 | jin_gao88@yahoo.com | | GAO-DET005796 - 0201248.eml |
| 2/3/2022 21:39 | 0.25382846 | oagnij88@gmail.com | | GAO-DET010790 - 0000595.eml |
| 2/3/2022 21:47 | 0.25315124 | jin_gao88@yahoo.com | | GAO-DET005759 - 0201195.eml |
| 2/4/2022 22:24 | 0.22845314 | oagnij88@gmail.com | | GAO-DET010785 - 0000588.eml |
| 2/5/2022 22:02 | 0.22786591 | oagnij88@gmail.com | | GAO-DET010780 - 0000583.eml |
| 2/6/2022 22:12 | 0.22212065 | oagnij88@gmail.com | | GAO-DET010774 - 0000577.eml |
| 2/7/2022 21:43 | 0.21502878 | oagnij88@gmail.com | | GAO-DET010768 - 0000571.eml |
| 2/8/2022 22:01 | 0.2183749 | oagnij88@gmail.com | | GAO-DET010763 - 0000565.eml |
| 2/10/2022 7:25 | 0.21188454 | oagnij88@gmail.com | | GAO-DET010757 - 0000554.eml |
| 2/10/2022 7:30 | 0.21155097 | jin_gao88@yahoo.com | | GAO-DET006068 - 0200964.eml |
| 2/11/2022 8:04 | 0.21746927 | oagnij88@gmail.com | | GAO-DET010752 - 0000549.eml |
| 2/12/2022 8:55 | 0.22448525 | oagnij88@gmail.com | | GAO-DET010747 - 0000543.eml |
| 2/13/2022 8:46 | 0.22278426 | oagnij88@gmail.com | | GAO-DET010742 - 0000538.eml |
| 2/15/2022 11:07 | 0.21425019 | oagnij88@gmail.com | | GAO-DET010732 - 0000527.eml |
| 2/17/2022 16:52 | 0.23351205 | oagnij88@gmail.com | Tampa,Florida,US | GAO-DET010720 - 0000516.eml |
| 2/19/2022 1:10 | 0.23522365 | oagnij88@gmail.com | | GAO-DET010713 - 0000509.eml |
| 2/20/2022 9:03 | 0.24757816 | oagnij88@gmail.com | | GAO-DET010706 - 0000504.eml |
| 2/21/2022 16:54 | 0.25185413 | oagnij88@gmail.com | | GAO-DET010701 - 0000499.eml |
| 2/22/2022 17:01 | 0.24991196 | oagnij88@gmail.com | | GAO-DET010696 - 0000494.eml |
| 2/23/2022 16:07 | 0.25121497 | oagnij88@gmail.com | | GAO-DET010691 - 0000488.eml |
| 2/24/2022 17:32 | 0.24765667 | oagnij88@gmail.com | | GAO-DET010686 - 0000482.eml |
| 2/24/2022 17:35 | 0.24806368 | jin_gao88@yahoo.com | | GAO-DET005977 - 0200391.eml |
| 2/25/2022 16:25 | 0.2419611 | oagnij88@gmail.com | | GAO-DET010681 - 0000475.eml |
| 2/26/2022 16:01 | 0.22851484 | oagnij88@gmail.com | | GAO-DET010676 - 0000469.eml |
| 3/9/2022 15:32 | 0.22497796 | oagnij88@gmail.com | | GAO-DET010666 - 0000452.eml |
| 3/9/2022 15:36 | 0.22533707 | jin_gao88@yahoo.com | | GAO-DET005869 - 0201713.eml |
| 3/17/2022 15:15 | 0.0004399 | oagnij88@gmail.com | | GAO-DET010641 - 0000428.eml |

| Date/Time | Value | Email | Location | File |
|---|---|---|---|---|
| 3/17/2022 18:03 | 0.22651058 | oagnij88@gmail.com | | GAO-DET010638 - 0000426.eml |
| 3/17/2022 18:08 | 0.23136614 | jin_gao88@yahoo.com | | GAO-DET005827 - 0201390.eml |
| 3/19/2022 16:22 | 0.22522078 | oagnij88@gmail.com | | GAO-DET010634 - 0000419.eml |
| 3/19/2022 16:27 | 0.22515749 | jin_gao88@yahoo.com | | GAO-DET005821 - 0201330.eml |
| 3/22/2022 18:08 | 0.2213061 | oagnij88@gmail.com | | GAO-DET010629 - 0000412.eml |
| 3/29/2022 14:42 | 0.19928743 | oagnij88@gmail.com | | GAO-DET010625 - 0000404.eml |
| 3/31/2022 18:51 | 0.20665388 | oagnij88@gmail.com | | GAO-DET010617 - 0000398.eml |
| 3/31/2022 18:56 | 0.20668169 | jin_gao88@yahoo.com | | GAO-DET005905 - 0202762.eml |
| 4/3/2022 16:32 | 0.20374839 | oagnij88@gmail.com | | GAO-DET010613 - 0000393.eml |
| 4/7/2022 9:10 | 0.15837692 | oagnij88@gmail.com | | GAO-DET010607 - 0000384.eml |
| 4/7/2022 9:16 | 0.21814772 | jin_gao88@yahoo.com | | GAO-DET006029 - 0202555.eml |
| 4/9/2022 11:38 | 0.22377578 | jin_gao88@yahoo.com | | GAO-DET006022 - 0202476.eml |
| 4/9/2022 11:41 | 0.11797657 | oagnij88@gmail.com | | GAO-DET010211 - 0000380.eml |
| 4/16/2022 22:53 | 0.23584871 | oagnij88@gmail.com | | GAO-DET010207 - 0000369.eml |
| 4/17/2022 17:58 | 0.23545094 | jin_gao88@yahoo.com | | GAO-DET005896 - 0202242.eml |
| 4/17/2022 20:54 | 0.14 | oagnij88@gmail.com | | GAO-DET010593 - 0000365.eml |
| 4/21/2022 11:05 | 0.22250371 | oagnij88@gmail.com | | GAO-DET010205 - 0000359.eml |
| 4/21/2022 11:15 | 0.12439442 | jin_gao88@yahoo.com | | GAO-DET006076 - 0203908.eml |
| 4/27/2022 18:40 | 0.24211628 | oagnij88@gmail.com | | GAO-DET010583 - 0000348.eml |
| 5/1/2022 17:36 | 0.17428549 | oagnij88@gmail.com | | GAO-DET010204 - 0000343.eml |
| 5/1/2022 17:39 | 0.22464662 | jin_gao88@yahoo.com | | GAO-DET006057 - 0203637.eml |
| 5/9/2022 10:55 | 0.1529856 | jin_gao88@yahoo.com | | GAO-DET006050 - 0203415.eml |
| 5/9/2022 11:01 | 0.29125584 | oagnij88@gmail.com | | GAO-DET010198 - 0000332.eml |
| 5/16/2022 15:59 | 0.3203623 | oagnij88@gmail.com | | GAO-DET010196 - 0000323.eml |
| 5/21/2022 15:40 | 0.29180443 | oagnij88@gmail.com | | GAO-DET010194 - 0000314.eml |
| 5/24/2022 18:27 | 0.32032571 | jin_gao88@yahoo.com | | GAO-DET006159 - 0204778.eml |
| 6/5/2022 20:39 | 0.31510714 | oagnij88@gmail.com | Ho Chi Minh City,Ho Chi Minh,VN | GAO-DET010181 - 0000287.eml |
| 6/5/2022 20:45 | 0.31500461 | jin_gao88@yahoo.com | Ho Chi Minh City,Ho Chi Minh,VN | GAO-DET006118 - 0204453.eml |
| 6/13/2022 15:19 | 0.4069708 | oagnij88@gmail.com | Ho Chi Minh City,Ho Chi Minh,VN | GAO-DET010547 - 0000281.eml |
| 6/13/2022 15:23 | 0.25112202 | jin_gao88@yahoo.com | Ho Chi Minh City,Ho Chi Minh,VN | GAO-DET006105 - 0204253.eml |
| Total | 37.45 | | | |