# EXHIBIT B

FRANCIS MANGUBAT
SEPTEMBER 04, 2025

JOB NO. 1939931

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF DELAWARE

 3     ------------------------------x
                                      :
 4     ROSS DETTMERING, FRANCIS       :
       MANGUBAT and all other similarly:
 5     situated individuals,          :
                 Plaintiffs,          :
 6                                    :
       v.                             :    CASE NO.
 7                                    :    22-1482-JLH-SRF
       VBIT TECHNOLOGIES CORP., VBIT  :
 8     MINING LLC, ADVANCED MINING    :
       GROUP, DANH CONG VO a/k/a DON  :
 9     VO, PHUONG D VO a/k/a KATIE VO,:
       SEAN TU, JIN GAO, and JOHN DOE :
10     INDIVIDUALS 1-10, and ABC      :
       COMPANIES 1-10,                :
11               Defendants.          :
       ------------------------------x

12

13                    Zoom Deposition of

14                    FRANCIS MANGUBAT

15              Thursday, September 4, 2025

16                       10:01 a.m.

17

18

19

20

21     BEFORE: Cassandra E. Ellis, RMR, RDR, CRR, RSA,

22     CA-CSR 14448, WA-CCR, HI-CSR

23

24

25
```

Page 2

```
 1        Zoom Deposition of FRANCIS MANGUBAT,
 2   taken before CASSANDRA E. ELLIS, Registered
 3   Professional Reporter, Registered Merit Reporter,
 4   Registered Diplomate Reporter, Certified Realtime
 5   Reporter, Realtime Systems Administrator;
 6   California Certified Shorthand Reporter #14448;
 7   California CART Generalist, Washington State
 8   Certified Court Reporter; Hawaii Certified
 9   Shorthand Reporter, held on Thursday, September 4,
10   2025, commencing at 10:01 a.m. and concluding at
11   5:13 p.m.
```

Page 3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
         JOSH SNYDER, ESQUIRE (via Zoom)
 3       BONI, ZACK & SNYDER, LLC
         15 S. Asaphs Road
 4       Bala Cynwyd, Pennsylvania  19004
         (610) 822-0203
 5       Jsnyder@bonizack.com
 6
 7   ON BEHALF OF DEFENDANT KATIE VO:
         MITCHELL S. KIM, ESQUIRE (via Zoom)
 8       THOMPSON HINE, LLP
         2049 Century Park East, Suite 3500
 9       Los Angeles, California  90067
         (310) 382-1333
10       Mitchell.kim@thompsonhine.com
11
12   ON BEHALF OF DEFENDANT JIN GAO:
         SCOTT RATCHICK, ESQUIRE (via Zoom)
13       CHAMBERLAIN HRDLICKA
         191 Peachtree Street, Northeast
14       46th Floor
         Atlanta, Georgia  30303
15       (404) 588-3434
         Scott.ratchick@chamberlainlaw.com
16
17   ON BEHALF OF DEFENDANT SEAN TU:
         SEAN TU, PRO SE (via Zoom)
18       1390 Braun Court
         Eagan, Minnesota  55123
19       (612) 888-0068
         Saj.tu@outlook.com
20
21   ALSO PRESENT:  Benjamin Eichel
```

Page 4

```
 1              INDEX TO EXAMINATION
 2   FRANCIS MANGUBAT
 3   EXAMINATION                              PAGE
 4      By Mr. Kim                             10
 5      By Mr. Ratchick                       216
 6      By Mr. Tu                             289
 7      By Mr. Snyder                         327
 8      By Mr. Ratchick                       329
 9
10              INDEXED PAGES
11                                            PAGE
12   FRANCIS MANGUBAT, sworn                   10
13   REPORTER CERTIFICATE                     331
14   INSTRUCTIONS TO WITNESS (none)
15   DECLARATION UNDER PENALTY OF PERJURY     330
16   ERRATA SHEET                             332
17
18           INFORMATION REQUESTED
19                   None
20
21       WITNESS INSTRUCTED NOT TO ANSWER
22                   None
```

Page 5

```
 1              INDEX TO EXHIBITS
 2              FRANCIS MANGUBAT
 3            Thursday, September 4, 2025
 4   MARKED        DESCRIPTION                PAGE
 5   Exhibit 1  Defendant Phuong D. Vo's Notice  19
 6      of Deposition of Francis Mangubat
 7   Exhibit 2  VBit Mining Purchase and Hosting  59
 8      Agreement Bates Stamped
 9      PLAINTIFFS00025-039
10   Exhibit 3  02/07/2022 E-mail Bates          94
11      Stamped PLAINTIFFS00098-100
12   Exhibit 4  Advanced Mining Slide Deck -     98
13      Business Platform BYOB - Be Your Own
14      Boss! Bates Stamped PLAINTIFFS00040-051
15   Exhibit 5  VBit Mining Purchase and Hosting 111
16      Agreement Bates Stamped
17      PLAINTIFFS00107-118
18   Exhibit 6  VBit Mining Purchase and Hosting 113
19      Agreement Bates Stamped
20      PLAINTIFFS00119-130
21   Exhibit 6A VBit Mining Purchase and Hosting 117
22      Agreement Bates Stamped
23      PLAINTIFFS00131-142
```

Page 254

1  half a Bitcoin in there. I mean, I did the
2  investment in there to where I would be mining
3  Bitcoin basically every single day and every
4  month, so --
5      Q.  So if it were me, I would expect or
6  want to get answers as to why I could no longer
7  mine. Was that not something that you were
8  seeking?
9      A.  I just knew that I wasn't going to
10 get the technical -- there was never a
11 spokesperson for the company, and Nixon
12 basically gave me some BS answer, so I just
13 wasn't going to dig through a concrete backyard
14 with my bare fist when I don't have a machine to
15 dig through. I don't have a jackhammer to dig
16 through.
17     Q.  I -- I -- I asked about making
18 withdrawals of your Bitcoin prior to the time
19 that the ability to withdraw was suspended.
20 Prior to that time, approximately how many
21 bitcoins did you withdraw from your VBit wallet
22 from inception until your last withdrawal?
23     A.  I don't recall. I think Josh has
24 the number.
25     Q.  How often did you make withdrawals?

Page 255

1      A.  Once every two, three, four weeks.
2      Q.  What was the purpose of making
3  those withdrawals?
4      A.  Just to move it into my personal
5  account.
6      Q.  Why -- I'm sorry, why did you want
7  it into your personal account instead of your
8  VBit account?
9      A.  Just because it's a personal
10 account, and no particular reason, really.
11     Q.  Did you find anything wrong with
12 the fact that you chose to move the bitcoins
13 from your VBit wallet to your personal -- to
14 your personal account, elsewhere?
15     A.  I don't. It's, for me, the
16 comparison is keeping rent money on Venmo. Do I
17 keep it on Venmo or do I move it to Chase Bank
18 or Vista's Bank? There's no specific reason for
19 moving it, it's kind of just whenever I feel
20 like it, and that's the same way that I
21 handled -- I compare Advanced Mining to my Venmo
22 account where I receive rents, and I just move
23 it whenever I wanted with no specific reason as
24 to why I would want to move it.
25     Q.  Did you tell anybody that you made

Page 256

1  withdrawals from the VBit accounts that you were
2  doing it?
3      A.  Never.
4      Q.  Did you ask permission from anybody
5  about, is it okay for me to move Bitcoin from my
6  VBit wallet to my personal wallet?
7      A.  No.
8      Q.  Did you ask permission of your
9  father or your brother or any of your friends?
10     A.  No.
11     Q.  Did you even discuss with them the
12 fact that you were doing that, meaning that you
13 were moving Bitcoin from your VBit wallet to
14 your personal accounts outside of VBit?
15     A.  No.
16     Q.  Why not? Didn't you think it was
17 important to tell them that you were moving VBit
18 currency out of VBit?
19         MR. SNYDER: Objection to form.
20     A.  No. Why?
21     Q.  I'm asking you. When you say
22 "why," what do you mean by that?
23     A.  I was wondering the context as to
24 why you were asking the question, because I did
25 not feel it was relevant to letting anyone else

Page 257

1  know why I'm moving my money.
2      Q.  And you feel that you or anybody
3  else then had bitcoins in their VBit wallet had
4  the freedom to do that at their choosing; right?
5          MR. SNYDER: Objection to form.
6      A.  Yes.
7      Q.  Did you ever ask Nixon if it was
8  okay to withdraw Bitcoin from your VBit wallet?
9      A.  Never.
10     Q.  When you were told by Nixon, in or
11 around June of 2022, that the company was being
12 run by Jin Gao and Sean Tu or words that you
13 understood to that effect, did you reach out to
14 Jin Gao or Sean Tu to ask them what was going
15 on?
16     A.  No, because they were never
17 reachable.
18     Q.  How do you know?
19     A.  Because I was just asked -- Nixon
20 was my contact for getting any answers, because
21 Nixon had always said that he was very good
22 friends and like brothers with Jin Gao and Sean
23 Tu, Danh Vo, that whenever I needed something I
24 would just go to Nixon. I never had asked for
25 Jin Gao, Sean Tu, Danh Vo's e-mail. I never