# EXHIBIT C

FRANCIS MANGUBAT
SEPTEMBER 04, 2025
JOB NO. 1939931

Page 266

1  Q. Was there anything in that webinar
2  presentation, that you can recall, concerning
3  the compensation plan and how to earn
4  commissions that was untrue?
5  A. I did not pay attention to the
6  webinar, so I don't -- like I said previously, I
7  don't know how any of that stuff works.
8  Q. So to the best of your recollection
9  or understanding, as you sit here today, nothing
10 in that webinar was an untrue statement?
11 A. I don't recall the webinar. I
12 didn't pay attention to it.
13 Q. So you wouldn't be in a position to
14 testify that there was any misrepresentation
15 made during the webinar; correct?
16 A. Correct, because I don't know the
17 contents of the webinar. I don't know the
18 contents of the compensation whatever.
19 Q. Okay. Was there any other webinar
20 that you attended or that you listened to?
21 A. No, I did not attend anything with
22 VBit. My only -- my only conversations or
23 discussions with VBit were with Nixon.
24 Q. So as you sit here today, there was
25 nothing told to you by Jin Gao that was untrue,

Page 267

1  as far as you're aware?
2  A. I've never had a conversation with
3  Jin Gao.
4  Q. I want to follow up on a couple of
5  conversations or a couple parts of your
6  testimony earlier about why you bought the --
7  some of the packages in your father's name.
8  Do you recall that testimony?
9  A. Yes.
10 Q. Were you effectively buying those
11 packages for yourself or just utilizing your
12 father's name to get commission discounts?
13 A. Yes.
14 Q. Was there any other reason for you
15 purchasing the packages in your father's or
16 brother's name, other than to get those
17 commissions?
18 A. Correct, I -- I only bought them
19 under his because I would get the commission
20 back, and, therefore, I would be able to
21 purchase the mining commitment at a lower basis.
22 If I were to buy them under my
23 name, then John Colabelli would have received
24 the -- the commission from VBit, so I would
25 rather keep the commission in the family in

Page 268

1  myself than get it -- than give to John
2  Collabelli.
3  Q. I would assume that whatever taxes
4  that were associated with the purchases of those
5  mining packages and the mining activity
6  resulting from the packages would have been
7  earned at least ostensibly in the name of your
8  father, though; correct?
9  MR. SNYDER: Objection to form.
10 A. No, I was -- that would -- go
11 ahead, Josh.
12 MR. SNYDER: Yeah, go ahead.
13 A. It would be me, because it was my
14 money and...
15 Q. Who positioned the tax forms
16 related to the mining activity?
17 A. It would have went to my father.
18 It would have went to my father. I don't even
19 know if there was a tax form in 2022 because the
20 company went under, so I don't even know if they
21 would have issued a tax form.
22 And on top of that, even if there
23 was money issued from the Bitcoin mining, I
24 think there was something on behalf of Bitcoin
25 left on the account -- on the VBit account that

Page 269

1  was not pulled through, so yeah, I don't know
2  how that calculation would have been done.
3  Q. Did you report all of the activity
4  related to all of the packages on your tax
5  forms?
6  A. Yes. And my brother, too. I think
7  my brother's name was through his and me and my
8  father's forms were done through mine.
9  Q. And when you say there was
10 approximately a half a Bitcoin left in the
11 wallet, did you mean that cumulatively?
12 A. Yes.
13 Q. And to the best of your
14 recollection, did you withdraw foreign excess on
15 behalf of the half a Bitcoin that was left?
16 MR. SNYDER: Objection to form.
17 A. If it was left in the account, how
18 could I withdraw it?
19 Q. Saying other than what was left,
20 let me rephrase it, if that question wasn't
21 clear.
22 Do you recall telling us that you
23 made numerous withdrawals of Bitcoin every two,
24 three, four weeks while the account was
25 available for withdrawals; do you recall that?

Page 270

1  A. I believe I was withdrawing Bitcoin
2  and whatever I withdrew, with Josh has that
3  figure, what I did not withdraw was half a
4  Bitcoin left in the account.
5  Q. And do you believe that the total
6  of the withdrawals that you did make exceeded
7  the half of a Bitcoin that was left?
8  A. I don't know the amount, but I
9  think it would have exceeded that, yes.
10 Q. And prior to the time that the
11 wallet was frozen, and it's mining activity
12 stopped, you were happy with the results of the
13 mining packages that you had purchased; correct?
14     MR. SNYDER: Objection to form.
15 A. Happy until VBit froze the mining
16 and the -- and the withdrawals.
17 Q. And other than the problems that
18 started in or around June of 2022, did you ever
19 have any other problems with the Bitcoin mining
20 packages that you had acquired?
21     MR. SNYDER: Objection to form.
22 A. So problems were around mid 2022
23 when VBit stopped the withdrawals and stopped
24 mining.
25 Q. I understand. Prior to that time,

Page 271

1  had you experienced any problems with VBit
2  Advanced Mining with the mining packages that
3  you had purchased?
4     MR. SNYDER: Objection to form.
5  A. I did not have any problems prior
6  to the points where they stopped.
7  Q. Did any of your friends who were
8  also involved with VBit express to you any
9  problems or concerns that they had with VBit
10 prior to the time that the mining activity
11 stopped and their wallets were frozen?
12    MR. SNYDER: Objection to form.
13 A. I cannot speak to my friend's
14 experiences, as I have not lived the life of my
15 friends, as if it were a video game and I was
16 controlling their argument.
17 Q. With all due respect, my question
18 to you was: Had any of them ever expressed
19 concerns to you about VBit Advanced Mining or
20 the packages that they owned prior to that time
21 in or around June of 2022?
22 A. No.
23 Q. So VBit -- the bitcoins that you
24 withdraw from your wallet, where are they? Do
25 you still own them?

Page 272

1  A. No, I don't own any Bitcoin
2  currently, so it went to one of my third-party
3  accounts, whether that's Voyager FTX, Block Buy,
4  Coin Base.
5  Q. But do you still own the bitcoins
6  that you transferred to those platforms?
7  A. I do not.
8  Q. Why not?
9  A. Because a lot of those -- because
10 Voyager and Block Buy went bankrupt also.
11 Q. What about Coin Base, do you own
12 any Bitcoin with Coin Base?
13 A. No, I have -- I have zero Bitcoin
14 currently.
15 Q. When did you sell the bitcoins that
16 you had at these other platforms?
17 A. So I -- I had 18 of it on Blockify,
18 and Blockify blew up.
19 Q. I'm sorry. You had 18 Bitcoin at
20 Blockify?
21 A. Yes.
22 Q. Where did you acquire these other
23 bitcoins, other than through VBit?
24 A. VBit --
25    MR. SNYDER: I'm going to object,

Page 273

1  object to form.
2     But you can answer that, Francis.
3  A. I was buying Bitcoin, clearly a
4  Bitcoin believer.
5  Q. And you were buying it directly
6  through these other platform accounts?
7  A. Yes.
8  Q. How much, in total, would you say
9  that you invested in Bitcoin starting -- well,
10 period?
11 A. I don't know.
12 Q. Would it be in the millions of
13 dollars?
14 A. I don't know, because it's -- it's
15 very complicated because the price moved from
16 70,000 down to 15,000 to now 120,000, so you're
17 asking a very complex question.
18 Q. I understand that there's -- that
19 there's price volatility with these
20 cryptocurrencies, but I'm just asking you to the
21 best of your recollection, are you a net winner
22 or net loser in cryptocurrencies?
23 A. Net loser, big time.
24 Q. And is that because the -- some of
25 the platforms that you put money in went