# Exhibit A

| | |
|---|---|
| **From:** | Blau, Jessica E. |
| **To:** | rjk@chimicles.com; Benjamin Eichel; David Nagdeman; Joshua Snyder; mroper@langergrogan.com; Michael Boni; Peter Leckman; Scott M. Tucker; Sean Tu; efletcher@hegh.law; Sam Hirzel; mminuti@mccannwallinjurylaw.com |
| **Cc:** | benjamin.wallace2@usdoj.gov; meredith.ruggles@usdoj.gov; Hunter, Travis S.; Kim, Mitchell S. |
| **Subject:** | Dettmering et al v. VBit Technologies Corp. et al, 22-1821-JLH-SRF |
| **Date:** | Monday, February 3, 2025 4:48:09 PM |
| **Attachments:** | imageba89dc.PNG<br>image7f8867.PNG<br>Vo"s Resps to Second Set of RFPs.pdf<br>Vo"s Resps to First Set of Interrogatories.pdf<br>Vo (Dettmering-Eichler) - Doc Production (K_Vo_0001-0039).pdf<br>Katie Vo - Signed Verification (Interrogatories).pdf |

Counsel,

Attached are Ms. Vo's (1) Responses and Objections to Plaintiff's Second Set of Requests for Production; (2) Responses and Objections to Plaintiff's First Set of Interrogatories; (3) Verification of Katie Vo; and (4) accompanying document production (K_Vo_0001-0039).

Best,
Jessica Blau



**Jessica E. Blau**
**Richards, Layton & Finger, P.A.**
Blau@rlf.com

920 N. King Street | Wilmington, DE 19801
**O:** 302-651-7856 | **M:** 302-650-5946 | **F:** 302-651-7701

vCard, bio, www.rlf.com,

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.