# Exhibit C

| | |
|---|---|
| **From:** | Guin, John C. |
| **To:** | Benjamin Eichel; Emily A. Letcher |
| **Cc:** | Sam Hirzel; Ratchick, Scott M.; Scott M. Tucker; Michael Boni; Joshua Snyder; Robert J. Kriner; Scott M. Tucker; Peter Leckman; David Nagdeman |
| **Subject:** | RE: Dettmering et al. v. VBit Technologies Corp. et al., No. 1:22-cv-01482 |
| **Date:** | Monday, July 7, 2025 3:59:37 PM |

Separately, below is a link to Jin Gao's document production. Please let us know if you have any questions.

    Volume: GAO-DET001
    Range: GAO-DET000001- GAO-DET011203
    File Link: https://eshare.chamberlainlaw.com/link/mrXVOPNipSlUKbamNuLaDp

---

**From:** Guin, John C.
**Sent:** Monday, July 7, 2025 3:33 PM
**To:** Benjamin Eichel <beichel@bonizack.com>; Emily A. Letcher <ELetcher@hegh.law>
**Cc:** Sam Hirzel <shirzel@hegh.law>; Ratchick, Scott M. <Scott.Ratchick@CHAMBERLAINLAW.COM>; Scott M. Tucker <smt@chimicles.com>; Michael Boni <mboni@bonizack.com>; Joshua Snyder <jsnyder@bonizack.com>; Robert J. Kriner <RJK@chimicles.com>; Scott M. Tucker <smt@chimicles.com>; Peter Leckman <pleckman@langergrogan.com>; David Nagdeman <dnagdeman@langergrogan.com>
**Subject:** RE: Dettmering et al. v. VBit Technologies Corp. et al., No. 1:22-cv-01482

Ben,

We intend to answer Interrogatory No. 9 fully (i.e., to the best of our client's recollection).

As to Interrogatory No. 10, it seeks on its face information related to purely personal travel to Asia (i.e., trips that do not relate in any way to VBit, Advanced Mining, Don Vo, Gconomy, etc.). For any such purely personal trips (and I don't know yet whether there any), we will identify the general timeframe of the trip and state that it was a personal trip wholly irrelevant to the issues in the case. For any trips that involved VBit, Advanced Mining, Don Vo, and/or Gconomy, we will provide the requested information.

We will get you our formal responses to the two outstanding interrogatories by the end of this week. Please let us know if you would like to discuss further before then. Thanks.

---

**From:** Benjamin Eichel <beichel@bonizack.com>
**Sent:** Monday, July 7, 2025 12:45 PM
**To:** Emily A. Letcher <ELetcher@hegh.law>
**Cc:** Sam Hirzel <shirzel@hegh.law>; Ratchick, Scott M. <Scott.Ratchick@CHAMBERLAINLAW.COM>; Guin, John C. <John.Guin@chamberlainlaw.com>; Scott M. Tucker <smt@chimicles.com>; Michael Boni <mboni@bonizack.com>; Joshua Snyder <jsnyder@bonizack.com>; Robert J. Kriner <RJK@chimicles.com>; Scott M. Tucker <smt@chimicles.com>; Peter Leckman <pleckman@langergrogan.com>; David Nagdeman <dnagdeman@langergrogan.com>
**Subject:** Re: Dettmering et al. v. VBit Technologies Corp. et al., No. 1:22-cv-01482

**[CAUTION - EXTERNAL EMAIL]** DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Apologies for the multiple emails. I fixed a typo in bold below.

---

**From:** Benjamin Eichel <beichel@bonizack.com>
**Sent:** Monday, July 7, 2025 12:38 PM
**To:** Emily A. Letcher <ELetcher@hegh.law>
**Cc:** Sam Hirzel <shirzel@hegh.law>; Ratchick, Scott M. <scott.ratchick@chamberlainlaw.com>; Guin, John C. <john.guin@chamberlainlaw.com>; Scott M. Tucker <smt@chimicles.com>; Michael Boni <mboni@bonizack.com>; Joshua Snyder <jsnyder@bonizack.com>; Robert J. Kriner <RJK@chimicles.com>; Scott M. Tucker <smt@chimicles.com>; Peter Leckman <pleckman@langergrogan.com>; David Nagdeman <dnagdeman@langergrogan.com>
**Subject:** Re: Dettmering et al. v. VBit Technologies Corp. et al., No. 1:22-cv-01482

Hi Emily,

I hope you had a good 4th too.

While we are generally agreeable to any reasonable extensions to respond to discovery, fact discovery closes on July 25. Accordingly, if there is any dispute that requires court intervention, we need to identify that dispute, meet and confer, and bring it to Judge Fallon's attention immediately. Additionally, we are receiving this request for an extension on the day these responses are due. As a result, we are constrained to **not** agree to any extension for the third set of document requests, which consists of a single document request.

With respect to the two interrogatories, we understand it may take time to gather information from your client, and we are willing to extend the deadline until the end of the week for complete responses. However, for any interrogatories you do not intend to fully answer, we ask that you provide your objections today, clearly identifying what information you are willing or unwilling to provide. This will allow us to meet and confer promptly.

Thanks.

-Ben

---

**From:** Emily A. Letcher <ELetcher@hegh.law>
**Sent:** Monday, July 7, 2025 10:54 AM

**To:** Benjamin Eichel <beichel@bonizack.com>
**Cc:** Sam Hirzel <shirzel@hegh.law>; Ratchick, Scott M. <scott.ratchick@chamberlainlaw.com>; Guin, John C. <john.guin@chamberlainlaw.com>; Scott M. Tucker <smt@chimicles.com>; Michael Boni <mboni@bonizack.com>; Joshua Snyder <jsnyder@bonizack.com>; Robert J. Kriner <RJK@chimicles.com>
**Subject:** Dettmering et al. v. VBit Technologies Corp. et al., No. 1:22-cv-01482

Ben,

I hope you had a great 4th of July weekend. Can we please provide our responses to the 2nd Set of ROGs and 3rd Set of RFPs by the end of this week?

Thank you,

Emily

 Emily A. Letcher

HEYMAN ENERIO GATTUSO & HIRZEL LLP

222 Delaware Avenue, Suite 900

Wilmington, DE 19801

(302) 472-7314

eletcher@hegh.law

PLEASE NOTE OUR NEW ADDRESS

Case 1:22-cv-01482-JLH-SRF   Document 270-3   Filed 10/13/25   Page 5 of 5 PageID #: 3425