# Exhibit D

| | |
|---|---|
| **From:** | Ratchick, Scott M. |
| **To:** | Joshua Snyder; Benjamin Eichel; Scott M. Tucker; David Nagdeman; Travis S. Hunter; Peter Leckman |
| **Cc:** | Guin, John C.; Samuel T. Hirzel (shirzel@hegh.law); Emily A. Letcher |
| **Subject:** | Supplemental Production of Documents by Jin Gao |
| **Date:** | Tuesday, September 16, 2025 12:37:39 PM |

Counsel,

You have asked Jin Gao to try to locate and produce any additional email after August 18, 2022. The encrypted deliverable containing additional documents that have been identified can be downloaded here: https://eshare.chamberlainlaw.com/link/PxfvZpDkqMfYntGkKU5AfU

It includes 184 documents and is referenced by the Bates range of GAO-DET011791-GAO-DET012187.

This link will expire on 10/14/2025.

The password to access the eShare link is AzovR4872&a3!PEJ

**Scott Ratchick**
**Shareholder**

T 404.659.1410 |  D  404.588.3434 | F 404.659.1852
191 Peachtree Street, N.E., Suite 4600, Atlanta, GA 30303
scott.ratchick@chamberlainlaw.com

Website Bio | Connect on LinkedIn | vCard



**Confidentiality Notice:** This electronic transmission and any attachments contain information which may be legally confidential and/or privileged and is intended only for the named recipient(s). If you have received this communication in error, please contact the sender immediately and delete it from your device and destroy all copies of it. Any disclosure, copying, distribution, use or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.