# Exhibit E

# Benjamin Eichel

| | |
|---|---|
| **From:** | Benjamin Eichel |
| **Sent:** | Wednesday, September 17, 2025 7:18 PM |
| **To:** | Mitchell Kim |
| **Cc:** | Scott M. Ratchick; Sam Hirzel; Emily A. Letcher; John C. Guin; Travis S. Hunter; Sean Tu; Joshua Snyder; Peter Leckman; David Nagdeman; Scott M. Tucker |
| **Subject:** | Re: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit Technologies Corp. et al |

Thanks. I will send a calendar invite in the morning for 9:30 PT / 1230 PT on Monday 9/22.
Sent from my iPhone

> On Sep 17, 2025, at 7:11 PM, Kim, Mitchell <Mitchell.Kim@thompsonhine.com> wrote:
>
> I can join the call on 9/22 at 9:30am PT / 12:30pm ET.
>
>
> Sent from my iPhone
>
> On Sep 17, 2025, at 4:25 PM, Ratchick, Scott M. <Scott.Ratchick@chamberlainlaw.com> wrote:
>
>
> CAUTION EXTERNAL EMAIL
> We are available on 9/22 until 1:00 PM.
>
> Scott M. Ratchick
> Chamberlain, Hrdlicka, White, Williams & Aughtry
> 191 Peachtree Street N.E., 46th Floor
> Atlanta, Georgia 30303
> Office: (404)659-1410
> Direct: (404)588-3434
> Cell:    (404)409-5319
> Fax:     (404)588-3435
> Email:
> scott.ratchick@chamberlainlaw.com<mailto:scott.ratchick@chamberlainlaw
> .com>
>
> NOTE The contents of this email are intended for the use and benefit of the addressed recipients only. The rules imposed by IRS Circular 230 require us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by the practitioner to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter. If the reader of this message is not an addressee, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by of the original message and destroy all copies.
>
>
> From: Benjamin Eichel <beichel@bonizack.com>
> Sent: Wednesday, September 17, 2025 12:57 PM
> To: Ratchick, Scott M. <Scott.Ratchick@CHAMBERLAINLAW.COM>; Kim,

1

> Mitchell <Mitchell.Kim@thompsonhine.com>; Sam Hirzel
> <shirzel@hegh.law>; Emily A. Letcher <eletcher@hegh.law>; Guin, John
> C. <John.Guin@chamberlainlaw.com>; Travis S. Hunter <hunter@rlf.com>;
> Sean Tu <saj.tu@outlook.com>
> Cc: Joshua Snyder <jsnyder@bonizack.com>; Peter Leckman
> <pleckman@langergrogan.com>; David Nagdeman
> <dnagdeman@langergrogan.com>; Scott M. Tucker <smt@chimicles.com>
> Subject: RE: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit
> Technologies Corp. et al
>
> [CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.
> Counsel,
>
> Please get back to us on your availability for this meet and confer. Thank you.
> -Ben
>
> From: Benjamin Eichel
> Sent: Friday, September 12, 2025 2:38 PM
> To: Ratchick, Scott M.
> <Scott.Ratchick@CHAMBERLAINLAW.COM<mailto:Scott.Ratchick@CHAMBERLAINLA
> W.COM>>; Kim, Mitchell
> <Mitchell.Kim@thompsonhine.com<mailto:Mitchell.Kim@thompsonhine.com>>;
> Sam Hirzel <shirzel@hegh.law<mailto:shirzel@hegh.law>>; Emily A.
> Letcher <eletcher@hegh.law<mailto:eletcher@hegh.law>>; Guin, John C.
> <John.Guin@chamberlainlaw.com<mailto:John.Guin@chamberlainlaw.com>>;
> Travis S. Hunter <hunter@rlf.com<mailto:hunter@rlf.com>>; Sean Tu
> <saj.tu@outlook.com<mailto:saj.tu@outlook.com>>
> Cc: Joshua Snyder <jsnyder@bonizack.com<mailto:jsnyder@bonizack.com>>;
> Peter Leckman
> <pleckman@langergrogan.com<mailto:pleckman@langergrogan.com>>; David
> Nagdeman
> <dnagdeman@langergrogan.com<mailto:dnagdeman@langergrogan.com>>; Scott
> M. Tucker <smt@chimicles.com<mailto:smt@chimicles.com>>
> Subject: RE: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit
> Technologies Corp. et al
>
> Scott, thanks.
>
> We are available 9/16 and 9/18 before 3, 9/17 after 1 PM, 9/22 other than 2-3, and 9/23 all day.
>
> From: Ratchick, Scott M.
> <Scott.Ratchick@CHAMBERLAINLAW.COM<mailto:Scott.Ratchick@CHAMBERLAINLA
> W.COM>>
> Sent: Friday, September 12, 2025 11:57 AM
> To: Kim, Mitchell
> <Mitchell.Kim@thompsonhine.com<mailto:Mitchell.Kim@thompsonhine.com>>;
> Benjamin Eichel <beichel@bonizack.com<mailto:beichel@bonizack.com>>;
> Sam Hirzel <shirzel@hegh.law<mailto:shirzel@hegh.law>>; Emily A.
> Letcher <eletcher@hegh.law<mailto:eletcher@hegh.law>>; Guin, John C.
> <John.Guin@chamberlainlaw.com<mailto:John.Guin@chamberlainlaw.com>>;
> Travis S. Hunter <hunter@rlf.com<mailto:hunter@rlf.com>>; Sean Tu

> <saj.tu@outlook.com<mailto:saj.tu@outlook.com>>
> Cc: Joshua Snyder <jsnyder@bonizack.com<mailto:jsnyder@bonizack.com>>;
> Peter Leckman
> <pleckman@langergrogan.com<mailto:pleckman@langergrogan.com>>; David
> Nagdeman
> <dnagdeman@langergrogan.com<mailto:dnagdeman@langergrogan.com>>; Scott
> M. Tucker <smt@chimicles.com<mailto:smt@chimicles.com>>
> Subject: RE: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit
> Technologies Corp. et al
>
> Counsel and Mr. Tu,
> On behalf of Jin Gao, we also intend to oppose the proposed amendment and the motion to amend.  In light of Mitch's conflicts, please let us know when we can schedule a meet and confer to address this.
> Thanks,
> Scott
>
> Scott M. Ratchick
> Chamberlain, Hrdlicka, White, Williams & Aughtry
> 191 Peachtree Street N.E., 46th Floor
> Atlanta, Georgia 30303
> Office: (404)659-1410
> Direct: (404)588-3434
> Cell:    (404)409-5319
> Fax:     (404)588-3435
> Email:
> scott.ratchick@chamberlainlaw.com<mailto:scott.ratchick@chamberlainlaw
> .com>
>
> NOTE The contents of this email are intended for the use and benefit of the addressed recipients only. The rules imposed by IRS Circular 230 require us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by the practitioner to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter. If the reader of this message is not an addressee, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by of the original message and destroy all copies.
>
>
> From: Kim, Mitchell
> <Mitchell.Kim@thompsonhine.com<mailto:Mitchell.Kim@thompsonhine.com>>
> Sent: Thursday, September 11, 2025 6:17 PM
> To: Benjamin Eichel
> <beichel@bonizack.com<mailto:beichel@bonizack.com>>; Sam Hirzel
> <shirzel@hegh.law<mailto:shirzel@hegh.law>>; Emily A. Letcher
> <eletcher@hegh.law<mailto:eletcher@hegh.law>>; Ratchick, Scott M.
> <Scott.Ratchick@CHAMBERLAINLAW.COM<mailto:Scott.Ratchick@CHAMBERLAINLA
> W.COM>>; Guin, John C.
> <John.Guin@chamberlainlaw.com<mailto:John.Guin@chamberlainlaw.com>>;
> Travis S. Hunter <hunter@rlf.com<mailto:hunter@rlf.com>>; Sean Tu
> <saj.tu@outlook.com<mailto:saj.tu@outlook.com>>
> Cc: Joshua Snyder <jsnyder@bonizack.com<mailto:jsnyder@bonizack.com>>;
> Peter Leckman

> <pleckman@langergrogan.com<mailto:pleckman@langergrogan.com>>; David
> Nagdeman
> <dnagdeman@langergrogan.com<mailto:dnagdeman@langergrogan.com>>; Scott
> M. Tucker <smt@chimicles.com<mailto:smt@chimicles.com>>
> Subject: RE: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit
> Technologies Corp. et al
>
> [CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.
> Counsel,
>
> On behalf of Ms. Vo, we intend on opposing the motion.  Unfortunately, however, we are not available to meet and confer next week due to our firm's annual all attorneys' conference.  That said, we should be available to meet and confer in the following week of 9/22.  Please provide some availabilities in the week of 9/22.
>
> Thanks.
>
> Mitchell Kim | Partner | Thompson Hine LLP
> 2049 Century Park E, Suite 3500 | Los Angeles, California 90067-3217
> O: 310.382.1333 | M: 310.975.9518
> F: 310.998.9109 | www.ThompsonHine.com<http://www.thompsonhine.com/>
> Mitchell.Kim@ThompsonHine.com<mailto:Mitchell.Kim@ThompsonHine.com>
>
> <image001.png>
> A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more<https://www.thompsonhine.com/innovation/smartpath>.
>
> Our commitment to innovation has been recognized by leading organizations such as the Financial Times, The American Lawyer, ABA Journal, Law360 and Litera Microsystems. Learn more about our commitment here<https://www.thompsonhine.com/innovation>.
>
> Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | Minneapolis | New York | Washington, D.C.
>
> <http://www.thompsonhine.com/>
> <image002.png>
>
>
> From: Benjamin Eichel
> <beichel@bonizack.com<mailto:beichel@bonizack.com>>
> Sent: Thursday, September 11, 2025 2:46 PM
> To: Sam Hirzel <shirzel@hegh.law<mailto:shirzel@hegh.law>>; Emily A.
> Letcher <eletcher@hegh.law<mailto:eletcher@hegh.law>>; Ratchick, Scott
> M.
> <scott.ratchick@chamberlainlaw.com<mailto:scott.ratchick@chamberlainla
> w.com>>; Guin, John C.
> <john.guin@chamberlainlaw.com<mailto:john.guin@chamberlainlaw.com>>;
> Kim, Mitchell
> <Mitchell.Kim@thompsonhine.com<mailto:Mitchell.Kim@thompsonhine.com>>;
> Travis S. Hunter <hunter@rlf.com<mailto:hunter@rlf.com>>; Sean Tu
> <saj.tu@outlook.com<mailto:saj.tu@outlook.com>>
> Cc: Joshua Snyder <jsnyder@bonizack.com<mailto:jsnyder@bonizack.com>>;

4

```
> Peter Leckman
> <pleckman@langergrogan.com<mailto:pleckman@langergrogan.com>>; David
> Nagdeman
> <dnagdeman@langergrogan.com<mailto:dnagdeman@langergrogan.com>>; Scott
> M. Tucker <smt@chimicles.com<mailto:smt@chimicles.com>>
> Subject: Case 1:22-cv-01482-JLH-SRF Dettmering et al v. VBit
> Technologies Corp. et al
>
> CAUTION EXTERNAL EMAIL
>
> Counsel and Mr. Tu,
>
>
>
> Plaintiffs intend to file a motion for leave to file an amended consolidated complaint that would add claims against Defendants Jin Gao and Katie Vo for voidable transfer under the Pennsylvania statute. I have attached a redline showing the changes that would appear in the proposed amended complaint. Please let us know if defendants oppose plaintiffs' motion. If defendants intend to oppose the motion, please let us know your availability for a meet and confer call next week.
>
>
>
> Thank you.
>
> Regards,
> Ben
>
> <image003.png>
>
> Benjamin J. Eichel
> 15 St. Asaphs Road, Bala Cynwyd, PA 19004
> W: 610-822-0204 M: 610-246-9168 F: 610-822-0206
> beichel@bonizack.com<mailto:beichel@bonizack.com>
> bonizack.com<https://urldefense.com/v3/__https:/contactmonkey.com/api/
> v1/tracker?cm_session=03d7b47e-927e-4a24-a70e-73a52c8825bd&cm_type=lin
> k&cm_link=59900c42-0ee2-4ab6-ba0a-a266eb0cb2aa&cm_destination=https:**
> Anam02.safelinks.protection.outlook.com**Aurl=https*3A*2F*2Fbonizack.c
> om*2F&data=04*7C01*7CTravis.Beck*40thomsonreuters.com*7C09b1c447936f4a
> 9e582708d8a6043600*7C62ccb8646a1a4b5d8e1c397dec1a8258*7C0*7C0*7C637441
> 884588007513*7CUnknown*7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luM
> zIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0*3D*7C0&sdata=zSlXxOb2UmGtRjS8lvKPKolzdS
> GC8dXqrkQuanOF22Y*3D&reserved=0__;Ly8vPyUlJSUlJSUlJSUlJSUl!!OdqygG
> z-7UHvSw!o2Qaokjthc5tWE8R3LiJxxAbuLypOmVGiHhCVTULdbkQ2l8Z6m-QkKzGYq34r
> ukowRpys1Pz75M2s8ZWLzkWnwha-g$>
>
>
>
> <image001.png>
> <image002.png>
> <image003.png>
```

5