# Exhibit F

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF DELAWARE

 3   --------------------------------x
                                     :
 4   ROSS DETTMERING, FRANCIS         :
     MANGUBAT and all other similarly:
 5   situated individuals,            :
              Plaintiffs,             :
 6                                    :
     v.                               :   CASE NO.
 7                                    :   22-1482-JLH-SRF
     VBIT TECHNOLOGIES CORP., VBIT    :
 8   MINING LLC, ADVANCED MINING      :
     GROUP, DANH CONG VO a/k/a DON    :
 9   VO, PHUONG D VO a/k/a KATIE VO,  :
     SEAN TU, JIN GAO, and JOHN DOE   :
10   INDIVIDUALS 1-10, and ABC        :
     COMPANIES 1-10,                  :
11            Defendants.             :
     --------------------------------x
12

13                 Zoom Deposition of

14                   FRANCIS MANGUBAT

15             Thursday, September 4, 2025

16                     10:01 a.m.

17

18

19

20

21   BEFORE: Cassandra E. Ellis, RMR, RDR, CRR, RSA,

22   CA-CSR 14448, WA-CCR, HI-CSR

23

24

25
```

Page 102

1  pages that we just went over, that's been marked
2  as Exhibit 4, refers to commissions?
3        A.   I don't know what anything on this
4  page means, and I -- I really didn't even care.
5  I just seem to want to be respectful to Nixon,
6  because I knew that he was making a lot of
7  money, but I was never interested in this sort
8  of thing.
9        Q.   So when you say you knew that Nixon
10 was making a lot of money, what do you base that
11 on?
12       A.   He was mining, I don't -- he was
13 mining a good bit of Bitcoin per month and
14 making commissions from selling the product.
15       Q.   Do you know how much in commissions
16 he made?
17       A.   No.
18       Q.   Do you know if he made commission
19 for your sale, your purchase of the package from
20 VBit?
21       A.   I'm sure he did, which is why he
22 met me at the office.
23       Q.   How about three of your real estate
24 colleagues?
25       A.   Yeah, I'm sure Nixon made money

Page 103

1  from there.
2        Q.   Did those three real estate
3  colleagues of yours make commission off of you?
4        A.   Probably.
5        Q.   Why do you say probably?
6        A.   I -- everyone just seemed to want
7  to help out, and at that point Bitcoin --
8  everyone was making money from Bitcoin.
9        Q.   So did you understand what VBit
10 meant by affiliate program?
11       A.   No.
12       Q.   Did you have an understanding of
13 how the commission system worked at VBit?
14       A.   No.
15       Q.   But you just testified that you
16 believed Nixon and your -- three of your real
17 estate colleagues made commission from sales;
18 correct?
19            MR. SNYDER:  Objection to form.
20       A.   I knew he was -- I knew he was
21 making money, generally, but I don't understand
22 the specifics of how much dollars he's making
23 per one, but I just knew that people were making
24 money.
25       Q.   Okay.  But you understood that

Page 104

1  people were making commissions from VBit;
2  correct?
3        A.   Yes.
4        Q.   And did you, at any time, make
5  commissions from VBit?
6        A.   Yes.
7        Q.   And do you recall if you were given
8  a certain title for earning commissions?
9        A.   I don't think so.
10       Q.   So based on your understanding,
11 from VBit's context, again, this is solely based
12 on your understanding, would you describe
13 yourself as a customer or an affiliate?
14       A.   A customer.
15       Q.   Okay.  And you did sell products to
16 other people; correct?
17       A.   Yes.
18       Q.   When I say products, I mean VBit
19 products to other people; correct?
20       A.   Yes.
21       Q.   And you earned commissions by
22 selling those products to those people; correct?
23       A.   Yes.
24       Q.   And how many people did you sell
25 the products to?

Page 105

1        A.   I don't remember.  I just know that
2  I bought a lot more than everyone else.
3        Q.   Okay.  Did you sell to more than
4  five people?
5        A.   I don't remember.  I would guess
6  maybe three to four to five, and not counting my
7  brother, my father, which I kind of just bought
8  from using my money from their account so I
9  could get the -- the discount.
10       Q.   And the commission; correct?
11       A.   Yeah, well, you can see it as a
12 commission, I can see it as a discount to basis,
13 but they effectively mean the same thing.
14       Q.   How much in total commission did
15 you earn from VBit?
16       A.   I don't remember, specifically.  I
17 just know that I did not profit and I lost
18 hundreds of thousands of dollars from VBit.
19       Q.   Would there be a document that
20 shows how much commission you earned from VBit?
21       A.   I don't know.  It's a good
22 question.  Can we ask Sean Tu that?
23       Q.   No, I'm asking you if you have
24 some --
25       A.   I don't --  I don't know.