# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT B

**Exhibit B: Email Transmitting CTO Employment Contract**

This exhibit consists of a July 13, 2020 email from Danh Cong Vo, CEO of VBit Technologies Corp., to Defendant Sean Tu, transmitting a proposed Employment Contract for the position of Chief Technology Officer. The email reflects a routine, arm's-length hiring process and confirms that Mr. Tu was recruited into a technical employee role rather than as an owner, partner, or principal of the company.

This exhibit is relevant to establish the timing and nature of Mr. Tu's employment and to refute any claim that he exercised enterprise-level control or participated in the formation of any alleged scheme.

# FW: Employment Contract for CTO position

**From:** AJ Tu (saj.tu@vbittech.com)

**To:** tusean76@yahoo.com

**Date:** Monday, July 13, 2020, 06:11 PM CDT

Sean AJ Tu
New Product Engineering Leader



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Danh Vo <d.vo@vbittech.com>
**Sent:** Monday, July 13, 2020 5:48 PM
**To:** AJ Tu <saj.tu@vbittech.com>
**Subject:** Employment Contract for CTO position

Hi Sean,

Please see the attached employment contract for the CTO position. If you have any questions, please let me know. I am very happy to have you come onboard. I truly feel that you will be a great asset to the team. Thank you again for believing in me and the rest of the VBit team.

Best,

Danh Vo

CEO
VBit Technologies Corp
1625 Washington Ave
Philadelphia, PA 19146

*The content of this email is confidential and intended for the recipient specified in*

*message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

 EmploymentContract-SeanCTO.pdf
110.8kB