# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT D

1

## Exhibit D: June 2022 Email Chain Regarding Recruitment of Sean Tu for COO Position

This exhibit consists of email correspondence dated June 10–20, 2022 between Defendant Sean Tu and CEO Lillian Zhou concerning discussions about a potential Chief Operating Officer role, including proposed duties, compensation terms, relocation considerations, and execution of the employment agreement.

The emails reflect the sequence of communications leading from the initial offer through execution of the agreement.

This exhibit is relevant to the timing and scope of Mr. Tu's COO engagement.

**Sean Tu**

| | |
|---|---|
| **From:** | Sean Tu (Executive Consultant) |
| **Sent:** | Sunday, June 19, 2022 11:20 PM |
| **To:** | Lillian Zhou |
| **Subject:** | Re: COO Employment Contract Agreement Template (filled-in) and PDF |
| **Attachments:** | Employment Agreement (COO)_Sean_Signed.pdf |

Hi Lilian,

Thank you. Attached is the signed PDF for your final review.

Thank you!

Sean Tu
Executive Consultant to COO and CEO (Contractor)



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Date:** Monday, June 20, 2022 at 11:04 AM
**To:** Sean Tu (Executive Consultant) <cs_saj.tu@vbittech.com>
**Subject:** Re: COO Employment Contract Agreement Template (filled-in) and PDF

Hi Sean,

The contract is okay. Please go ahead and sign and return it to me for my final signature.

Thanks,
Lillian

---

**From:** Sean Tu (Executive Consultant) <cs_saj.tu@vbittech.com>
**Sent:** Sunday, June 19, 2022 5:57 AM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Subject:** COO Employment Contract Agreement Template (filled-in) and PDF

Hi Lilian,

I have attached the Employment Contract pre-filled out for COO with annual compensation of $300,000 per your offering dated at the time of acceptance. I've also attached the same document exported as PDF for electronic signing and filing.

Please have a review and let me know if the PDF is okay to sign.

Thank you again for this opportunity!

Sean Tu

1

Executive Consultant to CEO (Contractor)



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

2

[Intentionally Blank Page]

**Sean Tu**

**From:** saj.tu@outlook.com
**To:** Lillian Zhou; Sean Tu
**Subject:** RE: SEC Subpoena from 11.19.21

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Wednesday, June 15, 2022 7:16 AM
**To:** Sean Tu <s.tu@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21

Hi Sean,

For the limited job duties that I am envisioning to execute the tasks for the potential SEC settlement, I think our offer of $300k per year salary is more than fair. I am not able to offer anything else. Please let me know at your earliest convenience if this would be something that interests you so we can move forward or start looking for another candidate.

Best,
Lillian

---

**From:** Sean Tu (Executive Consultant) <cs_saj.tu@vbittech.com>
**Sent:** Tuesday, June 14, 2022 5:23 AM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21
Hi Lilian
After some serious consideration, I am more than willing to accept the position of COO if that offer is on the table. May I ask in addition to the salary, if Advanced Mining would be able to match my relocation assistance to Philadelphia from Gconomy?
I had previously been offered the position of CTO from Gconomy which includes relocation assistance by 2023. I've already reserved a home that will not be completed until Feb 2023. Gconomy currently will pay for my down payment of $120,000. Would this be something Advanced Mining be able to match?
If this is on the table and along with the salary, I will gladly and immediately accept the offer.
Thank you for your consideration,
Sean Tu
Executive Consultant to COO and CEO (Contractor)



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** "Sean Tu (Executive Consultant)" <cs_saj.tu@vbittech.com>
**Date:** Tuesday, June 14, 2022 at 2:43 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21
Hi Lilian
Since you do not require physical presence, I am reconsidering this opportunity serious.
I will get back to you shortly.
Thank you!

1

Get Outlook for iOS

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Monday, June 13, 2022 5:47 PM
**To:** Sean Tu (Executive Consultant) <cs_saj.tu@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21

Sean,

As you will see after reading my previous email, we are transitioning to more administrative tasks for the US market. We will not need you to physically be in the office. We just need a detailed person like yourself to manage the team to complete the administrative tasks to reaching out to all clients and seeing which option they choose in order to fulfill the tasks in the potential SEC settlement.

I hope you would reconsider this offer.

Best,
Lillian

---

**From:** Sean Tu (Executive Consultant) <cs_saj.tu@vbittech.com>
**Sent:** Friday, June 10, 2022 11:13 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21

Hi Lilian

Thank you for your offer. I am very thankful and flattered.
In the best interests for Advanced Mining, I must decline because Advanced Mining needs a COO who is physically in Philadelphia to lead the team.
You may not be aware, but I do not currently live in Philadelphia. I am actually living and working remotely from Minnesota and will currently be a unfit to carry COO duties needed locally. I am also unable to relocate to Philadelphia at this time.
However, I will assist you to the best ability through this trying time and look for a proper replacement who lives in the Philadelphia area.
This leader needs to be your strong arm on the ground and carry out his or her fiduciary duties for the owners of the company.
Thank you again for your kind consideration!
Sean Tu
Executive Consultant to COO and CEO (Contractor)



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Date:** Friday, June 10, 2022 at 9:04 PM
**To:** "Sean Tu (Executive Consultant)" <cs_saj.tu@vbittech.com>
**Subject:** Re: SEC Subpoena from 11.19.21

Hi Sean,

I have been observing your emails and how diligent your are with your duties. Would you consider stepping into the position of COO? I would be willing to offer you a $300k per year salary.

Best,
Lillian