**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>    Plaintiffs,<br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>    Plaintiffs,<br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT F

**Exhibit F: VBit Technologies Corp. Certificate of Incorporation and Initial Share Issuance (July 2018)**

This exhibit consists of the Delaware Certificate of Incorporation and related formation documents for VBit Technologies Corp., showing that the company was incorporated on July 26, 2018, and that 7,500,000,000 shares of common stock were issued at formation to Danh Vo for $5. These documents establish that Mr. Vo was the sole founder, sole shareholder, and sole officer of VBit at inception.

Defendant Sean Tu was not employed by VBit until August 2020 and held no ownership interest in the company at any time. This exhibit is relevant to establish the original ownership and control of VBit, to refute any claim that Mr. Tu was a founder, owner, or controlling insider, and to negate any inference that he participated in the formation or initial direction of any alleged scheme.

# C Corporation Formation Documents

## Greetings, and congratulations on the formation of your C Corporation.

This customized corporate kit is a tool to help you maintain and organize your important company documents, and what follows is a brief description of the documents contained herein.

Prepared by 

## IMPORTANT COMPANY DOCUMENTS - PLEASE READ

### Articles of Incorporation

(Sometimes called Certificate of Incorporation or Certificate of Formation)

This is the document that is required to be filed with the state in order to effect the formation of the corporation. The articles/certificate will contain the information that is required by state statutes, and will will be marked by the state to indicate the date the corporation was officially field (in some cases the date may be

shown on a separate filing receipt). This document is required in order to open a bank account in the name of the corporation (and the filing receipt, as well, if this is a New York corporation).

**Federal EIN**

This is the Federal Employer Identification Number issued for the corporation issued by the Internal Revenue Service. This is the identifying federal tax number for the corporation, and is used when filing taxes and handling employee wage withholding requirements. This document is required in order to open a bank account in the name of the corporation, as well as file any and all necessary federal tax forms.

**Statement and Resignation of the Incorporator**

When a corporation is filed with the state, the person filing the necessary documents is known as the incorporator. The tle of incorporator does not convey any ownership over the corporation, however in order to avoid confusion and make that clear, we prepare this document for you.

The incorporator stipulates who the initial directors of the corporation are, and resigns from any and all involvement/ownership/control of the corporation, real or perceived.

It can also sometimes be helpful in opening a bank account, especially in states which do not list names of the members on the filed Articles of Incorporation.

This statement is an internal company document, and is not filed with any person or agency.

**Banking Resolution**

The banking resolution is a simple document which authorizes the members of the corporation to open a bank account for the corporation

The banking resolution is not necessarily required to open an account, however it can oen be helpful, especially for states which do not list the names of the members on the filed corporation Articles of Incorporation.

This is intended for your use and assistance, however you are not required to use this resolution, and you may change it in any way you see fit.

The banking resolution is an internal company document, and is not filed with any person or agency.

**Minutes of First Meeting of the Board of Directors**

The long term management (i.e. corporate issues larger than the day-to-day company management issues/decisions) of the corporation is handled by the board of directors for the corporation, which consists of one or more directors elected by the shareholders of the corporation. The board of directors is expected to meet at least annually, or more if necessary, and the meetings should be documented in the form of meeting minutes. In the case of a corporation with only one director, the board that is constituted of that one director would typically have what is called a paper meeting, and simply draft and adopt the minutes of what is intended just the same as if a meeting of multiple people had occurred.

After the corporation has been filed with the state, the board of directors should have their initial meeting, typically called the first meeting (or organizational meeting) of the board of directors. Here are some of the items typically addressed at the first meeting:

- Corporate Bylaws bylaws are adopted
- Corporate shares are issued to the shareholders (and stock certificates may be issued)
- Officers are selected

The first meeting minutes provided herein have been customized with your corporation name and shareholder/director/officer information, and covers the most common items that first/organizational corporate meeting minutes would be expected to cover. This is intended for your use and assistance, however you are not required to use these minutes, and you may change them in any way you see fit.

The meeting minutes are an internal company document, and are not filed with any person or agency

**Corporation Bylaws**

The corporate bylaws are an internal corporate document that defines the management and operating rules of the corporation.

The bylaws are important because they let directors, officers, and shareholders know when meetings can or should be held, or, in the absence of meetings, how decisions can be reached and recorded by mutual written consent. They also cover other important operating rules, such as notice, quorum, and voting

requirements for meetings; the basic titles and responsibilities of corporate officers; rights of directors and shareholders to inspect corporate records; and the requirements for providing financial information to shareholders.

The ownership and management of a corporation is structured as follows:

- The shareholders are the owners of the corporation
- The directors are responsible for the long term management of the corporation
- The officers are responsible for the day-to-day management of the corporation

In many smaller corporations, it is not uncommon for the same people to act in several or all of these capacities; just remember that they are separate and distinct roles, and should be documented and treated as such.

The bylaws are adopted by the board of directors at what is known as the first meeting (or organizational meeting) of the board of directors.

The bylaws provided herein have been customized with your corporation information, and covers the main items that corporate bylaws would be expected to cover. This is intended for your use and assistance, however you are not required to use these bylaws, and you may change them in any way you see fit.

The bylaws are an internal company document, and are not filed with any person or agency.

**STATE *of* DELAWARE**
**CERTIFICATE *of* INCORPORATION**
**A STOCK CORPORATION**

**ARTICLE I.**

The name of this Corporation is VBIT TECHNOLOGIES CORP.

**ARTICLE II.**

Its registered office in the State of Delaware is to be located at 2035 SUNSET LAKE RD, SUITE B-2, NEWARK, DE 19702. The county of the registered office is NEW CASTLE. The registered agent in charge thereof is LEGALINC CORPORATE SERVICES INC..

**ARTICLE III.**

The total number of shares of common stock that the corporation shall be authorized to issue is 75000000 at $0.001 par value.

**ARTICLE IV.**

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**ARTICLE V.**

The name and mailing address of the incorporator is Marsha Siha at 17350 State Hwy 249 #220, Houston TX 77064.

**I, the undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand and executed this Certificate of Incorporation on the date below.

**Dated:** July 24th, 2018

*Marsha Siha*

Marsha Siha, Incorporator

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:18 PM 07/24/2018
FILED 03:18 PM 07/24/2018
SR 20185816839 - File Number 6987702

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  07-30-2018

Employer Identification Number:
83-1383265

Form:  SS-4

Number of this notice:  CP 575 A

VBIT TECHNOLOGIES CORP
1823 S DOVER ST
PHILADELPHIA, PA  19145

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 83-1383265. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

              Form 1120                        04/15/2019

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY)      575A                    07-30-2018   VBIT   B   9999999999   SS-4

    If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

    The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

    To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

    *  Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

    *  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

    *  Refer to this EIN on your tax-related correspondence and documents.

    If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

    Your name control associated with this EIN is VBIT.  You will need to provide this information, along with your EIN, if you file your returns electronically.

    Thank you for your cooperation.

(IRS USE ONLY)    575A                 07-30-2018  VBIT  B  9999999999  SS-4

                        Keep this part for your records.    CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

       Return this part with any correspondence
       so we may identify your account. Please                      CP 575 A
       correct any errors in your name or address.
                                                                9999999999


       Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE: 07-30-2018
       (     )    -                              EMPLOYER IDENTIFICATION NUMBER: 83-1383265
       _____  _____   FORM:  SS-4           NOBOD



       INTERNAL REVENUE SERVICE                  VBIT TECHNOLOGIES CORP
       CINCINNATI  OH   45999-0023               1823 S DOVER ST
       |.|.|.|.|.|.|.|.|.|.|.|.|.|..|.|...|.|.|.|.|.|  PHILADELPHIA, PA  19145

## STATE *of* DELAWARE
## STATEMENT *and* RESIGNATION *of the* INCORPORATOR
## A STOCK/PROFIT CORPORATION

The undersigned, the Incorporator of VBIT TECHNOLOGIES CORP, who signed and filed its Articles of Incorporation (or similar organizing document) with the Delaware Secretary of State (or other appropriate state office), appoints the following individuals to serve as directors of the corporation, who shall serve as directors until the first meeting of shareholders for the election of directors and until their successors are elected and agree to serve on the board:

Name and address of each initial director:

DANH VO
1823 S DOVER ST,
PHILADELPHIA, PA 19145

Additionally, the undersigned does hereby tender his/her resignation as Incorporator for the Corporation, and from any and all involvement with, control of, or authority over the Corporation, real or perceived, effective immediately.

**Dated: July 31st, 2018**

*Marsha Siha*

**Marsha Siha, Incorporator**

**BANKING RESOLUTION OF**
**VBIT TECHNOLOGIES CORP**


The undersigned, being a member of the above corporation authorized to sign this resolution, hereby certifies that on the _____ day of _____, _____ the members of the corporation adopted the following resolution:


**RESOLVED**, that the corporation open bank accounts with _____ and that the members of the company are authorized to take such action as is necessary to open such accounts; that any _____ of the following person(s) shall have signature authority over the account:


DANH VO


and, that said resolution has not been modified or rescinded.


Date:_____


Signature:_____

**DANH VO**

## MINUTES OF FIRST MEETING OF BOARD OF DIRECTORS FOR
## VBIT TECHNOLOGIES CORP

The board of directors of VBIT TECHNOLOGIES CORP held its first meeting at _____ on _____, at _____.

The following directors, marked as present next to their names, were in attendance at the meeting and constituted a quorum of the board:

DANH VO                                [ ] Present [ ] Absent

On motion and by unanimous vote, Danh Vo was appointed chairperson and then presided over the meeting. was elected secretary of the meeting.

The meeting was held pursuant to written waiver of notice and consent to holding of the meeting signed by each of the directors. On a motion duly made, seconded, and unanimously carried, it was resolved that the written waiver of notice and consent to holding of the meeting be made a part of and constitute the first page of the minutes of this meeting.

**RESOLVED,** that the Articles of Incorporation (or similar organizing document) as filed with the Secretary of State (or other appropriate office) of the State of Delaware, and presented to the directors by the secretary of the Corporation (the "secretary"), are hereby accepted and approved, and that the secretary is authorized and directed to place the duplicate original of the Articles, together with the original filing receipt of the Secretary of State, in the minute book of the Corporation.

**RESOLVED,** that the Bylaws presented to the directors by the secretary are hereby adopted as the Bylaws of the Corporation, and that the secretary is authorized and directed to insert a copy of such Bylaws, certified as such by the secretary, in the minute book of the Corporation immediately following the Articles of Incorporation.

**RESOLVED,** that the corporate seal (if applicable) presented to the directors by the secretary is hereby adopted as the seal of the Corporation, and that an impression of such seal be made in the margin of these minutes.

**RESOLVED,** that the form of share certificate presented to the directors by the secretary is hereby adopted as the form of share certificate for the Corporation, and that the secretary is authorized and directed to attach a sample of such certificate to these resolutions.

**RESOLVED,** that stock subscription agreements for shares of the Corporation, dated _____, and described below are hereby accepted on behalf of the corporation, and that the president and secretary, upon receipt of the consideration stated, are authorized and directed to issue certificates for such shares to the respective shareholders:

| Name | Number of shares | Consideration |
| --- | --- | --- |
| DANH VO | 75000000 | $_____ |

**RESOLVED,** that the president of the Corporation is authorized and directed to pay charges and expenses related to the organization of the Corporation and to reimburse any person who has made such payments on behalf of the Corporation.

**RESOLVED,** that the persons listed below are hereby appointed to the offices indicated opposite their names, and that a determination of compensation of such officers shall be delayed for consideration at a later date.

| Name | Office |
|------|--------|
| Danh Vo | President |
| Danh Vo | Treasurer |
| Danh Vo | Secretary |
| Danh Vo | Vice President |

**RESOLVED**, that funds of the Corporation shall be deposited in _____ and that standard printed resolutions supplied by such Bank and presented by the secretary to the directors shall be adopted by the directors and incorporated and attached to these resolutions, or the Corporation shall adopt its own Banking Resolution.

**RESOLVED**, that for receipt of official legal and tax correspondence from the State of Incorporation, the registered agent of the corporation (sometimes known as a resident agent, statutory agent, agent for service of process, or delivery of service address) shall be maintained in accordance with the requirements of the State of Incorporation.

**This space intentionally left blank.**

**RESOLVED**, that the following Plan for the issuance of common stock of the Corporation and qualification of such stock as "small business corporation" stock under Section 1244 of the Internal Revenue Code of 1986, as amended, is hereby adopted:

1. The corporation shall offer and issue under this Plan, a maximum of 75000000 shares of its common stock at a minimum price equal to the par value of the shares, if any.
2. This plan shall be terminated by (a) the complete issuance of all shares offered hereunder, (b) appropriate action terminating the Plan by the board of directors and the shareholders of the Corporation, or (c) the adoption of a new Plan by the shareholders for the issuance of additional stock under IRC Section 1244.
3. No increase in the basis of outstanding stock shall result from a contribution to capital under this Plan.
4. No stock offered under this Plan shall be issued on the exercise of a stock right, stock warrant, or stock option, unless such right, warrant, or option is applicable solely to unissued stock offered under this Plan and is exercised during the period of the Plan.
5. Shares of the Corporation subscribed for prior to the adoption of this Plan, including shares subscribed for prior to the date the corporation comes into existence, may be issued hereunder, provided, however, that the said stock is not in fact issued prior to the adoption of this Plan.
6. Any offering or portion of an offer outstanding that is unissued at the time of the adoption of this plan is hereby withdrawn.
7. Any matters related to the issue of shares under this Plan shall be resolved so as to comply with applicable law and regulations so as to qualify such issue under Section 1244 of the Internal Revenue Code. Any shares issued under this Plan which are finally determined not to be so qualified, and only such shares, shall be determined not to be in the Plan, and any other Shares not so disqualified shall not be affected by such disqualification.
8. The appropriate officers of this corporation are hereby authorized and directed to take such actions and execute such documents as they deem necessary or appropriate to effectuate the sale and issuance of shares for the consideration listed above.

**RESOLVED**, that these resolutions shall be effective on _____, 20_____.


_____

**Danh Vo, SECRETARY**

# CORPORATE BYLAWS OF
# VBIT TECHNOLOGIES CORP

## ARTICLE 1. OFFICES OF THE CORPORATION.

**Section 1. Principal Office.** The principal office of the corporation and other offices of the corporation shall be at the locations, within or without the corporation's state of incorporation (the "State"), as the directors may specify from time to time. The secretary of this corporation will keep a copy of the corporation's Articles of Incorporation (or similar incorporating document), these bylaws, minutes of directors' and shareholders' meetings, stock certificates and stubs, a register of the names and interests of the corporation's shareholders, and other corporate records and documents at the principal office.

**Section 2. Registered Agent.** For receipt of official legal and tax correspondence from the State of Incorporation, the registered agent of the corporation (sometimes known as a resident agent, statutory agent, agent for service of process, or delivery of service address) shall be maintained in accordance with the requirements of the State of Incorporation.

## ARTICLE 2. SHAREHOLDER'S MEETINGS.

**Section 1. Annual meeting.** The annual meeting of shareholders shall be held in the _____ month following the end of each fiscal year of the corporation on any day of that month as determined by the board of directors.

**Section 2. Special meetings.** Special meetings of the shareholders for any purpose or purposes permitted by law may be called by the president of the corporation or by the board of directors. Such meetings shall also be called by the president at the request of the holders of not less than one tenth of the outstanding shares of the corporation entitled to vote at the meeting.

**Section 3. Location.** Meetings of the shareholders may be held at any location, within or without the State, designated by the board of directors or, in the absence of a designation by the board of directors, by the person or persons who call such meeting. If no designation is made, the meeting shall be held at the principal office of the corporation.

**Section 4. Notice.** Notices of meetings, annual or special, must be given in writing to shareholders entitled to vote at the meeting by the secretary or an assistant secretary or, if there is no such officer, by any director or shareholder.

Notices of shareholders' meetings must be given either personally or by first-class mail or other means of written communication, addressed to the shareholder at the address of the shareholder appearing on the stock register of the corporation or given by the shareholder to the corporation for the purpose of notice. Notice of a shareholders' meeting must be given to each shareholder no less than two weeks prior to the meeting.

This notice will state the place, date, and hour of the meeting and the general nature of the business to be transacted. The notice of an annual meeting and any special meeting at which directors are to be elected will include the names of the nominees that, at the time of the notice, the board of directors intends to present for election.

**Section 5. Waiver of Notice.** Any shareholder may waive notice of any meeting before or after the meeting. Such waiver must be in writing signed by the shareholder and delivered to the secretary of the corporation for inclusion in the minutes of the meeting.

**Section 6. Quorum and voting.** Every shareholder entitled to vote is entitled to one vote for each share held, except as otherwise provided by law. A shareholder entitled to vote may vote part of his or her shares in favor of a proposal and refrain from voting the remaining shares or vote them against the proposal. If a shareholder fails to specify the number of shares he or she is affirmatively voting, it will be conclusively presumed that the shareholder's approving vote is with respect to all shares the shareholder is entitled to vote.

Except as otherwise required by applicable law, a majority of the outstanding shares of the corporation entitled to vote, represented in person or by proxy, shall constitute a quorum at a meeting of the shareholders. Each outstanding share entitled to vote shall be entitled to one vote upon each matter voted on at a meeting of

shareholders. Except as otherwise required by applicable law, the vote of a majority of the shareholders present in person or by proxy at a meeting at which a quorum is present shall be the act of the shareholders.

**Section 7 Proxies.** At meetings of the shareholders, a shareholder may vote in person or by proxy executed in writing in compliance with applicable law and filed with the secretary of the corporation at or before the time of the meeting.

**Section 8. Informal action by shareholders.** Any action required or permitted by law to be taken by the shareholders at a meeting may be taken without a meeting if one or more consents in writing, setting forth the action so taken, shall be signed by all of the shareholders entitled to vote at a meeting.

## ARTICLE 3. DIRECTORS.

**Section 1. General powers.** The business and affairs of the corporation shall be managed by the board of directors.

**Section 2. Initial directors.** The initial board of directors shall be comprised of the following initial directors:

**Section 3. Number.** The number of directors constituting the board of directors shall be not less than one nor more than nine. Within such limits, the number may be fixed or changed from time to time by the vote of a majority of the shareholders or by vote of a majority of the directors.

**Section 4. Election and Tenure of Office.** The directors are elected at the annual meeting of the shareholders and hold office until the next annual meeting and until their successors have been elected and qualified.

**Section 5. Regular meetings.** A regular meeting of the board of directors shall be held immediately after, and at the same place as, the annual meeting of shareholders. The board of directors may, by resolution, provide for additional regular meetings of the board.

**Section 6. Special meetings.** Special meetings of the directors for any purpose or purposes permitted by law may be called by the president of the corporation or by any two directors. The person or persons who call such meeting may fix any time or place for the holding of such meeting.

**Section 7. Notice.** Notices of meetings, annual or special, must be given in writing to directors by the secretary or an assistant secretary or, if there is no such officer, by any director or shareholder.

Notices of directors' meetings must be given either personally or by first-class mail or other means of written communication, addressed to the director at the address of the director appearing on the records of the corporation or given by the director to the corporation for the purpose of notice. Notice of a directors' meeting will be given to each director at least two weeks prior to the meeting, unless a greater period is required under the state corporation statutes for giving notice of a meeting.

This notice will state the place, date, and hour of the meeting and the general nature of the business to be transacted. The notice of an annual meeting and any special meeting at which directors are to be elected will include the names of the nominees that, at the time of the notice, the board of directors intends to present for election.

**Section 8. Waiver of Notice.** Any director may waive notice of any meeting before or after the meeting. Such waiver must be in writing signed by the director and delivered to the secretary of the corporation for inclusion in the minutes of the meeting.

**Section 9. Quorum and voting.** Except as otherwise required by applicable law, a majority of the directors shall constitute a quorum at a meeting of the directors. Each director shall be entitled to one vote upon each matter voted on at a meeting of the directors. Except as otherwise required by applicable law, the vote of a majority of the directors present at a meeting at which a quorum is present shall be the act of the board of directors.

**Section 10. Informal action by directors.** Any action required or permitted by law to be taken by the directors at a meeting may be taken without a meeting if one or more consents in writing, setting forth the action so taken, shall be signed by all of the directors entitled to vote at a meeting.

**Section 11. Resignation, vacancies, and removal.** Any director may resign, effective on giving written notice to

the chairperson of the board of directors, the president, the secretary, or the board of directors, unless the notice specifies a later time for the effectiveness of the resignation. If the resignation is effective at a later time, a successor may be elected to take office when the resignation becomes effective.

Directors may be removed from office, and vacancies on the board of directors may be filled, in any manner allowed by applicable law.

## ARTICLE 4. OFFICERS.

**Section 1. Number.** The officers of the corporation shall be a president, a secretary, and a treasurer (or officers with different titles that perform the similar duties of these officers), which are appointed by the board of directors, with the optional appointment of one or more vice-presidents at the discretion of the board. The board of directors may appoint such other additional officers as it may see fit from time to time. Subject to contractual agreements approved by the board of directors, officers of the corporation shall serve at the pleasure of the board of directors, and shall have the authority and duties specified from time to time by the board of directors, and shall receive salary and benefits as may be approved by the board.

**Section 2. President.** The president has general supervision, direction, and control of the day-to-day business and affairs of the corporation, subject to the direction and control of the board of directors. The president presides at all meetings of the shareholders and directors and is an ex officio member of all the standing committees, including any executive committee of the board, and has the general powers and duties of management usually vested in the office of president or chief executive officer of a corporation and other powers and duties as may from time to time be prescribed by the board of directors or these bylaws.

**Section 3. Treasurer.** The treasurer will keep and maintain, or cause to be kept and maintained, adequate and correct books and records of accounts of the properties and business transactions of the corporation.

The treasurer will deposit monies and other valuables in the name and to the credit of the corporation with the depositories designated by the board of directors. He or she will disburse the funds of the corporation in payment of the just demands against the corporation; will render to the president and directors, whenever they request it, an account of all his or her transactions as chief financial officer and of the financial condition of the corporation; and have such other powers and perform such other duties as may from time to time be prescribed by the board of directors.

**Section 4. Secretary.** The corporate secretary (or other corporate officer designated by the board of directors to maintain and keep corporate records) will keep, or cause to be kept, at the principal office of the corporation, a book of minutes of all meetings of directors and shareholders. The minutes will state the time and place of holding of all meetings; whether regular or special, if special, how called or authorized; the notice given or the waivers of notice received; the names of those present at directors' meetings; the number of shares present or represented at shareholders' meetings; and an account of the proceedings.

The secretary will keep, or cause to be kept, at the principal office of the corporation, or at the office of the corporation's transfer agent, a share register, showing the names of the shareholders and their addresses, the number and classes of shares held by each, the number and date of certificates issued for shares, and the number and date of cancellation of every certificate surrendered for cancellation.

The secretary will keep, or cause to be kept, at the principal office of the corporation, the original or a copy of the bylaws of the corporation, as amended or otherwise altered to date, certified by him or her.

The secretary will give, or cause to be given, notice of all meetings of shareholders and directors required to be given by law or by the provisions of these bylaws. He or she will prepare, or cause to be prepared, an alphabetical listing of shareholders for inspection prior to and at meetings of shareholders as required these bylaws.

The secretary has charge of the seal of the corporation (if applicable) and has such other powers and may perform such other duties as may from time to time be prescribed by the board or these bylaws.

## ARTICLE 5. BOOKS AND RECORDS.

**Section 1. Books and records.** The corporation shall create and maintain such books and records, including minutes of meetings, stock ledgers, and financial records, as may be required by law and any such additional records as may be specified by the directors and officers from time to time.

**Section 2. Inspection by shareholders.** To the extent required by applicable law, and to the additional extent permitted from time to time by the directors, shareholders shall have the right to inspect the books and records of the corporation.

## ARTICLE 6. MISCELLANEOUS.

**Section 1. Share certificates.** Shareholders of the corporation shall be entitled to one or more certificates representing shares owned by such shareholders. Share certificates shall be in the form specified from time to time by the board of directors.

**Section 2. Dividends and distributions.** The board of directors may from time to time declare, and the corporation may pay, dividends on outstanding shares of the corporation, subject to limitations provided by law and the articles of incorporation of the corporation.

**Section 3. Regular and executive committees.** The board of directors may designate one or more regular committees to report to the board on any area of corporate operation and performance.

To the extent allowed under state corporate statutes, the board of directors also may designate and delegate specific decision-making authority to one or more executive committees, each consisting of two or more directors, that have the authority of the board of directors to approve corporate decisions in the specific areas designated by the board of directors.

**Section 4. Seal.** The board of directors may adopt, and from time to time modify, a corporate seal.

**Section 5. Fiscal year.** The fiscal year of the corporation shall be the period designated by the board of directors.

**Section 6. Amendment.** These bylaws may be amended from time to time by the directors or the shareholders in the manner permitted by applicable law.

**Certification:**

The foregoing bylaws are certified to be the bylaws of the corporation as adopted by the board of directors on the _____ day of _____, 20 _____.

_____

**Danh Vo, SECRETARY**

## WAIVER OF NOTICE AND CONSENT TO HOLDING FIRST MEETING OF BOARD OF DIRECTORS
## VBIT TECHNOLOGIES CORP

We, the undersigned, being all the directors of VBIT TECHNOLOGIES CORP, hereby waive notice of the first meeting of the board of directors of the corporation and consent to the holding of the meeting and consent to the transaction of any and all business at the meeting including, without limitation, the adoption of bylaws, the election of officers, the selection of the corporation's accounting period, the designation of the location of the principal office of the corporation, the selection of the place where the corporation's bank accounts will be maintained, and the authorization of the sale and issuance of the initial shares of stock of the corporation. The meeting is/was at the following date, time, and location:

Date:_____

Time:_____

Location:_____

Signature of Each Director:

**DANH VO**

**STATE *of* DELAWARE**
**CERTIFICATE *of* INCORPORATION**
**A STOCK CORPORATION**

<u>**ARTICLE I.**</u>

The name of this Corporation is VBIT TECHNOLOGIES CORP.

<u>**ARTICLE II.**</u>

Its registered office in the State of Delaware is to be located at 2035 SUNSET LAKE RD, SUITE B-2, NEWARK, DE 19702. The county of the registered office is NEW CASTLE. The registered agent in charge thereof is LEGALINC CORPORATE SERVICES INC..

<u>**ARTICLE III.**</u>

The total number of shares of common stock that the corporation shall be authorized to issue is 75000000 at $0.001 par value.

<u>**ARTICLE IV.**</u>

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

<u>**ARTICLE V.**</u>

The name and mailing address of the incorporator is Marsha Siha at 17350 State Hwy 249 #220, Houston TX 77064.

**I, the undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand and executed this Certificate of Incorporation on the date below.

**Dated:** July 24th, 2018

*Marsha Siha*

Marsha Siha, Incorporator

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:18 PM 07/24/2018
FILED 03:18 PM 07/24/2018
SR 20185816839 - File Number 6987702