# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10, <br><br> Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10, <br><br> Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT I

1

## Exhibit I: Deposition Excerpts of Defendant Sean Tu from May 1 and May 16, 2025.

This exhibit contains selected sworn deposition testimony of Defendant Sean Tu from his **May 1, 2025** and **May 16, 2025** depositions. The excerpts establish that Mr. Tu did not participate in sales, marketing, multi-level marketing, or affiliate operations; that Mr. Tu's access to VBit bank accounts arose only after he became COO in June 2022; and that his limited debit-card use in January 2023 occurred transparently and as a substitute for unpaid compensation with notice to VBit's CEO. These excerpts directly address and refute Plaintiffs' mischaracterization of Mr. Tu's role and alleged misuse of company funds.

**I. (May 1, 2025)  No Participation in Sales, Marketing, or Affiliate Operations.**

**Pages 48:7-25, 49:1-25, 50:1-8**  (Examination by Mr. Nagdeman)

7 Q. Okay. Talk about some of these other VBit

8 entities for a moment. What is VBit Mining?

9 A. I don't know too much about it.

10 Q. What do you know about it?

11 A. I know that it is a -- I don't -- I won't

12 say I know. I think it is a subsidiary of VBit that

13 handles the affiliate sales.

14 It's mostly a -- they deal with the selling

15 parts. That's kind of what I think it does, because

16 when I was in VBit Tech, we didn't do the sales. We

17 -- the multi-level marketing part was part of VBit

18 Mining. That's my understanding of it.

19 Q. Yeah, that's fair.

20 So when you say sales, you mean who was

2

21 interacting with the customers and driving purchases;

22 is that right?

23 A. I don't even think I know too much about it,

24 but they were responsible -- I mean, whenever the

25 multi-level marketing program does. I just don't want

1 to talk out of -- talk about something I don't really

2 know much about.

3 Q. Kim, can you pull up ST Exhibit -- excuse me.

4 Exhibit that's going to be marked ST05B.

5 - - -

6 (Whereupon, Exhibit ST05B was marked for

7 identification.)

8 - - -

9 BY ATTORNEY NAGDEMAN:

10 Q. If you can go down to -- and so Mr. Tu, you

11 see these are your responses and objections to

12 plaintiff's second set of interrogatories?

13 A. Okay.

14 Q. If you can go down to page -- or response

15 number four, Kim.

16 Then you can just go down here. I don't have

17 questions of this document, but I just want to keep

18 going down. Just this paragraph here, underneath

19 btc.com.

20  Kim, can you highlight that paragraph.

21 And if you can just read that to yourself.

22 A. Okay. If that's the -- I read what was

23 highlighted.

24 Q. Okay. And so you -- does this reflect your

25 understanding of what VBit Mining did?

1 A. Yes.

2 Q. What does it mean to manage the mining pools?

3 A. I don't really know. That's because VBit Tech

4 didn't do it. So I think when I was told about manage

5 the mining pool, that VBit Mining did it, but beyond

6 that, as I said, I didn't manage it. I didn't see it

7 happening. I don't know how it was managed. I don't

8 have access to it.

**II. (May 16, 2025)  Transfer of Bank Account Authority Upon Appointment as COO (June 2022).**

**Page 272:2-13**  (Examination by Mr. Nagdeman)

2 Q. In June of 2022, you became the COO

3 of VBit; correct?

4 A. Yes, around mid-June.

5 Q. And when you became the COO of VBit,

6 you traveled to Philadelphia in order to

7 transfer the bank accounts into your name;

8 correct?

9 A. Into my authority as employee, yes.

10 Q. And that was the bank accounts at TD

11 Bank and Citizens Bank?

12 A. Yeah, TD Bank is one. Citizen --

13 yeah, Citizen is the other.

**III. (May 16, 2025)  Debit Card Use in January 2023 Following End of COO Salary Payments.**

**Pages 274:21-25, 275:1-9**  (Examination by Mr. Nagdeman)

21 Q. Did you have a debit card for the TD

22 Bank account?

23 A. Yes, I did -- no -- I have a debit

24 card for both of them, so I did, yeah.

25 Q. And, you ended your employment as COO

1 at the beginning of January; correct?

2 A. Correct.

3 Q. Did you, when you ended your

4 employment, transfer additional authority

5 over the bank accounts to anyone else?

6 A. I had no one else to transfer it to.

7 I was waiting for instructions from Lillian

8 on what to do because there was no other

9 employee.

**Pages 279:13-25, 280:1-25, 281:1-25, 282:1-25, 283:1-2** (Examination by Mr. Nagdeman)

13 Q. Mr. Tu, if you can see, this is

14 another statement. We see the statement

15 period here is January 1st, 2023 to

16 January 31st, 2023?

17 A. Yep.

18 Q. Okay. And you ended your employment

19 as chief operating officer at the beginning

20 of January; right?

21 A. Mid-January. Some time mid-January.

22 MR. NAGDEMAN: Let's go down,

23 Ms. Ferrari, if you could into the --

24 I believe next page where we'll see

25 or -- maybe the page after that, we

1 see Electronic Payments.

2 BY MR. NAGDEMAN:

3 Q. Do you see that category of

4 Electronic Payments?

5 A. Yes.

6 MR. NAGDEMAN: And, Ms. Ferrari,

7 if you could scroll down just a

8 little bit to get all those 1 --

9 January 17th purchases on.

10 Scroll back up, please,

11 Ms. Ferrari.

12 BY MR. NAGDEMAN:

13 Q. Do you see all those line items from

14 January 17th, 2023?

15 A. Yes.

16 Q. Are you familiar with the store

17 Stock & Barrel in Eagan, Minnesota?

18 A. Yes.

19 Q. Did you make that purchase?

20 A. Yes, I did.

21 Q. And are you familiar with The Modern

22 Sportsman in Burnsville, Minnesota?

23 A. Yes, I do.

24 Q. And you made those purchases?

25 A. Yes, I did.

1 Q. Are these gun stores?

2 A. Outdoor sportsmen, yes. They

3 include -- they include that.

4 Q. What were you buying there?

5 A. Self defense.

6 Q. When you say "self defense", do you

7 mean guns?

8 A. Yes.

9 Q. Why were you buying guns?

10 A. I had my -- I have people making

11 statements against my life.

6

12 Q. What people? Go ahead.

13 A. I was informed that people were

14 threatening -- making threats to come up to

15 our home and shoot us up -- and shoot, you

16 know.

17 Q. Who informed you of these threats?

18 A. I don't remember. I think it was

19 someone in social media.

20 Q. And do you believe these threats were

21 related to your work on behalf of VBit?

22 A. Yes, I did.

23 Q. Now, you were no longer the CEO at

24 the time of these purchases, were you?

25 A. I was not -- or at least not

1 officially, but I was still performing

2 services for VBit.

3 Q. You were an executive consultant;

4 right?

5 A. Yes.

6 Q. You weren't getting paid; right?

7 A. I was supposed to get paid but they

8 had no way to pay me. This was the -- they

9 have no way to really pay me because the

10 paycheck system was -- the paycheck system

11 was down and I totally -- you know, "There's

12 not enough funds to pay me, how you going to

13 pay me? What if we have another arrangement

14 where I'm provided monthly-something and then

15 you pay me the rest later."

16 Q. Okay. But you never received those

17 payments?

18 A. I haven't received the rest of my

19 payments outside of -- outside of being able

7

20 to cover some of my purchases.

21 Q. Okay. So you made these purchases on

22 the basis that you thought this was

23 compensating you for your role as executive

24 consultant?

25 A. Yes. These are the only payments

1 that I was able to receive. There is no

2 other way to pay me.


**Pages 313:19-25, 314:1-25, 315:1-4**  (Examination by Mr. Nagdeman)

19 BY MR. NAGDEMAN:

20 Q. Just a couple of things left here.

21 So, first of all, when we're talking

22 about the withdrawals from the TD Bank

23 account, it's your position that that was

24 authorized, based on your conversations with

25 Lillian, as a means of compensating you for

1 your work as an executive consultant; right?

2 A. Lillian did say in the email that she

3 wants to continue to pay me for my

4 services -- for me -- to retain me and for

5 the same amount of salary that I always had.

6 The problem was after that, there was

7 no funds. There were just not in the funds

8 to pay everything.

9 Q. And your position is that she sent

10 you an email authorizing you to use the VBit

11 accounts to pay your personal expenses in

12 lieu of that salary; correct?

13 MR. RATCHICK: Objection as to

14 form. Assumes facts not in evidence.

15 THE WITNESS: Can you repeat the

16 question?
17 BY MR. NAGDEMAN:
18 Q. It's your position that Lillian sent
19 you an email authorizing you to use the funds
20 in the VBit wallet -- excuse me -- in the
21 VBit bank account to pay personal expenses in
22 lieu of receiving the payments for your
23 services; correct?
24 A. Note my objection with that, but I
25 would say that I sent Lillian an email being
1 transparent about it.
2 Q. So you sent her an email stating that
3 you were going to do that; is that correct?
4 A. I believe I did.

### IV. (May 16, 2025) Limited Financial Information Provided to Mr. Tu During His Tenure as COO

**Pages 300:21-25, 301:1-25, 302:1-4**  (Examination by Mr. Nagdeman)

21 Q. Did VBit have any accountants?
22 A. I was told yes, but I'm not aware of
23 it. Because I asked, I did ask for that
24 information.
25 Q. Did you understand VBit to have
1 external accountants?
2 A. I can say I understood that they use
3 somebody to do their taxes for the last
4 several years, the taxes which was filed and
5 somebody did it.
6 Q. Some third party?
7 A. Somebody. I don't know the third
8 party, second party or -- somebody did it.
9 Q. Did VBit or Advanced Mining have any

9

10 auditors?

11 A. I'm not aware of it.

12 Q. Did VBit or Advanced Mining have any

13 liability insurance?

14 A. I'm not aware of it. If they did, I

15 don't think we'd be in this problem now. I'm

16 not aware of it.

17 Q. Did the VBank do business with --

18 19 excuse me -- did VBit do business with any

banks other than TD Bank or Chase Bank?

20 A. I believe so. I don't know, but I

21 don't know who they are. It was before my

22 time.

23 Q. Did VBit hold any investment

24 accounts?

25 A. I assume, yes, but I don't know what

1 they are.

2 Q. You weren't given that information

3 when you were a COO?

4 A. No, I was not.

**V. (May 16, 2025) No Disclosure of Internal Withdrawal Issues to Non-Employees**

**Pages 312:15-25, 313:1-7**  (Examination by Mr. Nagdeman)

15 Q. After June of 2022, after customers

16 were no longer able to withdraw funds from

17 their wallets, did you ever tell Mr. Gao why

18 customers were no longer able to withdraw

19 funds from their wallets?

20 A. After June 2022, I did not. We did

21 not have any conversation about that -- about

22 the circumstance around that.

23 Q. Did you tell him that in June of

24. 2022?

25. A. No, I don't believe so.

1 Q. So have you ever told Mr. Gao why the

2 customers weren't able to withdraw their

3 VBit -- their bitcoin from the VBit wallets?

4 A. As far as why, as far as an

5 explanation?

6 Q. Correct.

7 A. I don't believe I did.