# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>　　　Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>　　　Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT J

1

# Exhibit J: Deposition Excerpts of Ted Mucellin (May 29, 2025 and June 19, 2025)

This exhibit contains sworn deposition testimony from former VBit COO Ted Mucellin, reflecting his limited tenure, operational observations, and lack of personal knowledge regarding any sales, marketing, or misrepresentations attributed to Defendant Sean Tu.

**I. Mr. Mucellin's Testimony Concerning Mr. Tu's Lack of Authority and Lack of Involvement in Misconduct (May 29, 2025 deposition).**

    **Pages 188:12-25, 189:1-16**  (Examination by Mr. Tu from May 29, 2025)

12 BY MR. TU:
13 Q. This is Sean. May I ask some
14 questions? If I may, I'll be asking on behalf of
15 myself, so I will be addressing myself as Mr. Tu.
16 So did Mr. Tu have any authority
17 over you during your employment?
18 A. He did not.
19 Q. To the best of your knowledge,
20 did Mr. Tu have any decision-making authority
21 over the company, financing, marketing or
22 affiliate sales during your time there?
23 A. You did not.
24 Q. Did Mr. Tu have any authority
25 over the company Bitcoins?
1 MR. EICHEL: Objection to form.
2 A. Depends what you mean by
3 authority over.
4 Q. Over the main Bitcoin where --
5 you know, where the custom Bitcoins would be

6 held?

7 MR. EICHEL: Objection. Form.

8 A. It was my understanding you were

9 doing some of the release processing, but other

10 than that, I don't think so.

11 Q. Did you observe any or receive

12 any evidence that Mr. Tu participated in any --

13 or have any concrete evidence that he

14 participated in any misconduct or fraud during

15 your tenure?

16 A. No.

**II. Background Regarding Mr. Mucellin's Hiring and Role at VBit (June 19, 2025 deposition).**

**Pages 6:12-25, 7:1-25, 8:1-25, 9:1-10**  (Examination by Mr. Kim from June 19, 2025)

12   Q    All right.  So you've never worked

13   for a company prior to VBit that, I guess,

14   primarily did cryptocurrency or Bitcoin mining;

15   is that correct?

16   A    That's correct; as with pretty much

17   almost everyone on the roster at the company.

18   Q    Okay.  And you found out about VBit

19   through LinkedIn, you said, correct, at the last

20   deposition?

21   A    Well, that's not a completely correct

22   answer.  I said through a recruiter who reached

23   out to me via LinkedIn.

24   Q    Got it.  Okay.  And so once the

25   recruiter reached out to you regarding VBit, did

1   you do some research about the company, VBit?

2   A   I did.

3   Q   And what was some of the research

4   that you did?

5   A   Mostly web searches, publicly

6   available media.  You know, I relied on --

7   spoke to both the individuals that I mentioned

8   in the last deposition at the company, as well

9   as the recruiter himself.  There were a couple

10  of news articles about Don in the company.

11  There was a YouTube video about them moving the

12  mining rigs to Montana.

13      I think I spoke or tried to speak or

14  connected with folks that were from Keller

15  Williams that I had known that had been part of

16  the office of Keller Williams I ran that were

17  now on the downline at VBit.  I liked seeing

18  names that I knew involved there.  I think that

19  they give credibility to the organization.

20      I think that's it.  This was three

21  years ago.  But that's as much as I can remember

22  there.

23  Q   And based on your research, did you

24  think that VBit was a company worth working for

25  at the time?

1   A   Well, yeah.  I, I accepted the job.

2   Q   Right.  And at the time -- you're an

3   attorney; correct?

4

4  A  That's correct.

5  Q  Okay. And based on your research,

6  you concluded that VBit was a legitimate

7  business; correct? And that's why you accepted

8  the job; right?

9  A  I still believe it was at one time;

10  yes.

11  Q  And in terms of negotiating your

12  comp, it was about several months, right, until

13  you were finally able to come to terms with

14  VBit; correct?

15     ATTORNEY RATCHICK: Objection.

16     THE WITNESS: I believe that sounds

17     right. I don't know the exact dates.

18     But, yeah, one to two or three months,

19     somewhere in that range, probably.

20  BY ATTORNEY KIM:

21  Q  Okay. And ultimately your salary,

22  your agreed-upon salary amount was about

23  380,000; is that correct?

24  A  Sounds right. Yeah.

25  Q  And did that compensation package

1  include anything else other than straight-up

2  salary?

3  A  No. I mean, I think there were

4  benefits. There was a health plan or something

5  like that. But benefits and that salary.

6  Q  And during your time with VBit, when

5

7   you were employed, how much of that 380,000

8   salary did you receive?

9   A   I mean, whatever the handful of weeks

10  I was there equates to, three or four weeks.

**Pages 18:13-25, 19:1-7**  (Examination by Mr. Kim from June 19, 2025)

13  Q   And do you know why you were hired by

14  VBit?

15  A   Are you asking for what I would have

16  thought at the time that I was hired or what I

17  think now?

18  Q   At the time that you were hired.

19  A   Yeah.  At the time I was hired, I

20  think my area of expertise is in developing

21  small businesses and startups, is in helping

22  them figure out customer service, helping them

23  figure out marketing, helping them figure out

24  good operating teams, connecting teams.

25      I was brought in to be the public

1   face for the United States operation and to help

2   fix all the operational problems, communication

3   problems, customer service problems, to get

4   things going again, to think through an

5   expansion plan.

6       And that made a lot of sense to me,

7   based on my background.

6

**III. Mr. Mucellin's Professional Background and Status as an Attorney (June 19, 2025 deposition).**

    **Page 19:18-23** (Examination by Mr. Kim from June 19, 2025)

```
18   Q   And your understanding is that VBit
19   personnel -- like, say, Ken -- they knew that
20   you were an attorney as well; correct?
21   A   Yeah.  I mean it was on -- it would
22   have been on my resume.  I don't think we had a
23   lot of discussions around it.
```

**IV. Mr. Mucellin's Testimony Regarding VBit's Marketing Structure and Downline System (June 19, 2025 deposition).**

    **Pages 23:15-25, 24:1-13** (Examination by Mr. Kim from June 19, 2025)

```
15   Q   Okay.  Based on your understanding of
16   how VBit operated, did they have any marketing
17   systems at the time that you were employed?
18   A   What you mean by marketing systems?
19   Q   Or like was there like a structure in
20   place formally that focused on advertising VBit
21   or its products?
22   A   Some.  So they had an actively used
23   website.  But most of their marketing had been
24   done sort of person-to-person through a
25   multi-level marketing system of -- a sort of
1    downline system.  And that's part of what I
2    discussed with Ken, was I thought, you know, it
3    was a unique value proposition, they should be
4    doing more formal marketing.
```

```
5        So I'm not aware of anything like a
6   billboard or a mailer or things like that, a web
7   ad, nothing like that.  But there was the
8   website.  And then there was these networks of,
9   sort of, promoters that got rewards and
10  increased mining -- you know, I think I just
11  defined this pretty in detail, we covered this
12  in detail in the last deposition -- in exchange
13  for bringing people into the system.
```

**V. Mr. Mucellin's Testimony Regarding Customer Withdrawal Complaints and Internal Concerns (June 19, 2025 deposition).**

**Pages 57:24-25, 58:1-25, 59:1-2**  (Examination by Mr. Eichel from June 19, 2025)

```
24  Q   You did.
25      In your limited time at VBit, is it
1   correct that you heard from customers who were
2   upset about the issues with their inability to
3   withdraw their funds?
4   A   I was made aware of their
5   frustration.  I don't know that I spoke to many
6   of them directly, if any.
7   Q   Were you concerned about that issue?
8   A   Yes.
9   Q   Were others at VBit concerned about
10  the issue as well?
11  A   Yes.
12  Q   Any individuals specifically that you
13  believe were particularly concerned about that
```

14   issue?

15   A   I thought Mr. Tu was.  We had quite a

16   few conversations where he expressed outrage and

17   worry and frustration.  I think any single

18   person working in customer service was worried

19   about it, including -- I forget the gentleman's

20   name who had come over from Comcast; including

21   the woman I mentioned earlier, Cynthia, who was

22   in a management role.

23       I mean, even Ken expressed

24   frustration:  Why wasn't she releasing them?

25       But I don't, I don't, I don't know at

1   this time whether all or any of those were

2   genuine or not.