# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT K

1

## Exhibit K: Deposition Excerpts of Kenneth Ho (July 11, 2025)

This exhibit contains selected excerpts from the sworn deposition of Kenneth Ho, who served as VBit's CIO and later as Interim COO. His testimony provides factual background regarding his responsibilities, VBit's operational structure, the decision-making authority exercised by former CEO Don Vo and later 'Lillian Zhou,' and the circumstances surrounding the May–June 2022 withdrawal issues. These excerpts also clarify Mr. Ho's limited interactions with Defendant Sean Tu and his understanding of VBit's business model.

**I. Mr. Ho's Roles and Responsibilities at VBit (Background and Scope of His Knowledge).**

**Pages 23:7-25, 24:1-25, 25:1-25, 26:1-5**  (Examination by Mr. Eichel)

7 Q. And you testified earlier, correct me if

8 I'm wrong, your first role at the company was sort

9 of setting up the Flight program; is that right?

10 A. Correct.

11 Q. Did you have a title at that time?

12 A. No.

13 Q. Did your role with the company ever

14 change?

15 A. Yes.

16 Q. Can you sort of take me through from

17 that initial job with the Flight program to when

18 you eventually left the company all your roles and

19 responsibilities?

20 A. Okay. After integrating with Flight,

21 Don told me that I -- he told me that I did a good

22 job and he want to bring me on board to keep

23 maintaining the Flight program and also help him to

2

24 look at other internal software that may need

25 recommendation or maintenance or anything like

1 that. And I agreed to that and then I came on

2 board full time with VBit.

3 Q. When you first came on board full time,

4 did you have a title?

5 A. Not really, until he determined that he

6 would give me the title of CIO just so that I can

7 separate from the technology, the CTO's

8 responsibility that is doing the wallets, the

9 crypto wallet stuff, and mine is more internal

10 software responsibilities.

11 Q. I just want to make sure I understand

12 you correctly. So there was another individual who

13 was the CTO?

14 A. Yes, Sean.

15 Q. And he was mostly in charge of the

16 wallet software?

17 A. Before I came on board, he in charge

18 with all the IT, but then it becomes too many

19 things, so Don brought me on board to try to

20 lighten his workload and to -- over the internal

21 software such as the supporting system, Zendesk.

22 Zendesk is a software that communicate with the

23 customers if there's any inquiry or complaints or

24 any things like that. So that's one of them.

25 Q. And did you become the CIO sometime

1 later in 2020, or when did that happen?

2 A. Don't exactly remember the time, but

3 it's probably a month or two when I joined full

4 time.

5 Q. So pretty quickly after you joined? You

6 did the Flight project and then you became the CIO?

7 A. Yeah.

8 Q. And did your role change after that?

9 A. The role -- probably gave me COO later

10 on, but then the work that I do didn't change much.

11 Q. So your responsibilities didn't change,

12 but you got the new title of COO?

13 A. Yeah.

14 Q. Do you know why you got the new title

15 but no new responsibilities?

16 A. Well, as I was doing CIO doing software

17 and then start to communicate more with other

18 departments, then he just want me to help out with

19 other departments, which from time to time I help

20 him out with other things anyway. So whatever he

21 ask basically. So the title really didn't matter

22 at that time.

23 Q. Okay. Just so I understand the titles

24 and the roles, when you became COO, did you

25 consider yourself the number two at the company?

1 Is that fair?

2 A. Number two --

3 Q. As in Don is the CEO, he'd be number

4 one. Would the COO be number two?

5 A. From the title perspective, yes.

## II. Don Vo Identified as Founder and Primary Decision-Maker at VBit.

**Pages 17:22-25, 18:1-9**  (Examination by Mr. Eichel)

22 Q. 23 And when was the last time you had any

contact - in person, phone, messaging - with Don

24 Vo?

25 A. I got an e-mail from him about the

1 letter that he sent about his responsibility for

2 all the things that happened in VBit.

3 Q. Can you elaborate on what you understood

4 Don to be communicating in that letter?

5 A. He talked about that he work with us and

6 then he make the decisions for all the things for

7 VBit, and we are hard workers, that he appreciate

8 us to work hard for him for the things that he ask

9 us to do.

**Page 139:1-4**  (Examination by Mr. Eichel)

1 Q. Who do you view as the founders of VBit?

2 A. Don.

3 Q. Just Don?

4 A. Yeah.

### III. No Coordination or Communication Between Mr. Ho and Mr. Tu Regarding VBit or the Lawsuits.

**Pages 16:10-25, 17:1** (Examination by Mr. Eichel)

10 Q. Did you know Sean Tu before coming to

11 work at VBit?

12 A. No.

13 Q. At some point, did you consider yourself

14 friends with Sean Tu?

15 A. Yes.

16 Q. Do you still consider yourself friends

17 with Sean Tu?

18 A. Yes.

19 Q. And when was the last time you spoke to

20 Sean Tu?

21 A. More than two years.

22 Q. And I've been saying in these questions

23 "spoke." I also include contact otherwise, such as

24 text message or through a messaging app. Is the

25 answer still two years to that question?

1 A. Correct.

**Page 17:7-13** (Examination by Mr. Eichel)

7 Q. So you said more than two years with

8 Sean Tu. Have you discussed VBit and the lawsuits

9 in the last two years with him?

10 A. No, I don't think so.

11 Q. Do you recall the last time you spoke to

12 Sean Tu about VBit or the lawsuits?

6

13 A. I don't recall.

**IV. Mr. Ho Clarifies That His Use of the Term "Wallet" Refers to Operational/System Wallets, Not Corporate Treasury or Personal Custody.**

**Pages 150:15-25, 151:1-25, 152:1-2**  (by Mr. Tu)

15 BY MR. TU:

16   Q. This is Sean. I do have some follow-up

17 questions just for clarification, especially with

18 the past question concerning the vague nature of --

19 I just realized the vague terminology of VBit

20 wallet.

21       Someone asked for clarification when it

22 was asked that Sean oversee -- that I oversaw the

23 VBit wallet. Are we talking about specifically the

24 VBit online service, the in-house online services

25 blockchain service wallet or are you including

1 other wallets?

2 MR. EICHEL: Objection to the form.

3 THE WITNESS: Is that a question for

4 me?

5 BY MR. TU:

6 Q. Yes. I'm asking a question.

7 A. Right. Sorry. Right. So I don't know

8 how many -- or I don't recall how many wallets we

9 have in the system that we need to use to operate

10 the crypto side.

11 Q. But my question was, when you were

12 saying "wallet," were you referring to those

13 wallets or any other wallets?

14 MR. EICHEL: Objection.

15 THE WITNESS: Just --

16 BY MR. TU:

17 Q. My point is, like the VBit corporate

18 wallet, the Coinbase, SmartFi or whatever.

19 A. Well, SmartFi is only Gconomy. And then

20 the wallet -- or the e-mail that I recall earlier

21 is about the -- what's the company name? We have

22 the AM and there's the other one. So there's two

23 on that e-mail, and I refer wallet as, I guess,

24 both of them.

### V. VBit's Business Model and Lack of Financial Controls Were Managed by Don Vo

**Pages 22:22-25, 23:1-6** (Examination by Mr. Eichel)

22 Q. Can you describe VBit's business model

23 generally? And by that I mean describe the

24 products and services that it sold.

25 A. Sure. For my understanding, VBit is

1 selling a mining machines to the customers and so

1 later in 2020, or when did that happen?

2 they can mine bitcoins using the platform that we

2 A. Don't exactly remember the time, but

3 provide. And also they can get into the

3 it's probably a month or two when I joined full

4 multi-level marketing that they can refer to their

4 time.

5 friends or refer to other customer so they can earn

8

5 Q. So pretty quickly after you joined? You

6 extra income from referring people.

**Page 141:13-19**  (Examination by Mr. Eichel)

13 Q. Did VBit have accountants?

14 A. Did VBit?

15 Q. Have accountants.

16 A. Have accountants? Not -- I don't know.

17 Don is the person that...

18 Q. Are you aware of VBit having auditors?

19 A. I'm not aware of that.

**VI. Employee Mining Packages Required Hosting Fees.**

**Pages 139:19-25, 140:1-4**  (Examination by Mr. Eichel)

19 Q. Just a few more questions.

20 I believe we covered this. You also had

21 a VBit mining package; is that correct?

22 A. Correct.

23 Q. Did you purchase it?

24 A. The package itself, no.

25 Q. Did you pay for the hosting?

1 A. Yes.

2 Q. Did you receive the package as some part

3 of your employee compensation?

4 A. Yes.

**VII. Identity and Conduct of "Lillian Zhou" — Remote, Email-Only Management.**

**Pages 55:15-25, 56:1-25, 57:1-2**  (Examination by Mr. Eichel)

9

15 Q. Okay. I take it you never met Lillian

16 in person; is that right?

17 A. Correct.

18 Q. Did you ever speak to her otherwise?

19 A. No.

20 Q. You never had a Zoom?

21 A. No.

22 Q. No FaceTime?

23 A. No.

24 Q. Was all communication by e-mail?

25 A. Correct.

1 Q. Did you ever communicate with Lillian

2 using Microsoft Teams?

3 A. Microsoft Teams?

4 Q. Microsoft Teams is --

5 A. Right. So like a conference?

6 Q. Like a --

7 A. So it's by Zoom.

8 Q. Sorry. When I say Microsoft Teams, I

9 meant sort of an in-office text, instant messaging

10 kind of platform.

11 A. No.

12 Q. Did you ever message with Lillian on any

13 other kind of platform, like Telegram or WhatsApp?

14 A. No.

15 Q. Completely by e-mail?

16 A. Just e-mail.

17 Q. What was your understanding of why

10

18 communication with Lillian was limited to e-mail?

19 A. I was told that at that time, China was

20 getting very strict on the bitcoin space or crypto

21 space and Lillian, which I was told that he's

22 from -- I mean she's from China, that she just want

23 to communicate with e-mail until she -- I think Don

24 also said that she's planning to move to the U.S.

25 So until she have her plan that come over to the

1 U.S. and then everything get stable, before that

2 it's just e-mail

**Pages 58:13-25, 59:1-25, 60:1-10**    (Examination by Mr. Eichel)

13 Q. Sitting here today, do you believe that

14 there's a real person with the name Lillian Zhou

15 who was the CEO of Advanced Mining?

16 A. Can you repeat that question?

17 Q. Sure. Today, as in like what you may

18 have learned after the fact based on your

19 experience at working at the company, do you

20 believe there's a real person with the name Lillian

21 Zhou who worked as the CEO of Advanced Mining?

22 A. I think so.

23 Q. You think there's a real person?

24 A. I think there is a person. I don't know

25 if it's Lillian, but there's a person that I

1 communicate with.

2 Q. So you're saying -- there was a Lillian

3 Zhou e-mail address that sent e-mails. You're

4 saying those e-mails could have been sent by

5 someone with the name other than Lillian Zhou?

6 A. No. I just saying that Lillian Zhou is

7 the person sending e-mail and I would not know if

8 that is the Lillian Zhou or not Lillian Zhou.

9 Q. Okay. So you don't know one way or the

10 other whether there's a real Lillian Zhou?

11 A. I believe there is a real person that I

12 communicate with with the e-mail that I took the

13 instruction for Advanced Mining.

14 Q. Okay. My question is slightly

15 different. It's do you believe there's a real

16 person with the name Lillian Zhou who controls that

17 e-mail address that sent you directions as the CEO

18 of Advanced Mining?

19 A. Yes.

20 Q. What makes you reach that conclusion?

21 A. So the way that I interact with her

22 through e-mail from time to time, the way that she

23 like to manage is different than I -- different in

24 the way that -- I think just the feeling of being

25 looked down through the e-mail, I sense that just

1 do this or just do that. And so that make me feel

2 there's just a different person, a real person,

3 that say, okay, you guys don't know what you're

4 doing, just follow my lead kind of thing, which

5 is -- yeah.

6 Q. Are you saying she looked down on you?

12

7 A. No. Just from the feeling of the

8 e-mail, because we suggest or we say certain

9 things. She would just say, just go ahead and do

10 this or something like that.

**Page 142:6-25** (Examination by Mr. Ratchick)

6 BY MR. RATCHICK:

7 Q. How are you?

8 And just so you know, I represent Jin

9 Gao. I'm going to ask a few questions. Some of

10 them may be repetitive. I will try and avoid that.

11 Hopefully this will go very quick.

12 I believe you testified that you never

13 spoke with -- actually spoke to Lillian Zhou; is

14 that correct?

15 A. Correct.

16 Q. And did you ever see her?

17 A. No.

18 Q. So your only means of communication with

19 her were through e-mail, correct?

20 A. Correct.

21 Q. Did you ever ask to speak with her or to

22 see her in person?

23 A. I mentioned earlier that I was told that

24 she has a plan to move to the U.S. and by that

25 time, we could be having meeting.

**Page 143:11-21**  (Examination by Mr. Ratchick)

11 Q. Sure. Were you told about Lillian's

12 plans to move to the U.S. before or after the

13 problems started in the roughly May or June time

14 period about the wallets being frozen and

15 withdrawals not being processed?

16 A. No. That was told to me around the time

17 that we were told to be a consultant for the

18 transition of the company.

19 Q. So roughly in the January or February

20 time period in '22?

21 A. In the beginning, yeah. I don't

22 remember exactly the time.

### VIII. Hiring and Oversight of COO Ted Mucellin Were Controlled Entirely by Lillian Zhou.

**Pages 28:20-25, 29:1-23** (Examination by Mr. Eichel)

20 Q. Were you involved in the process of

21 hiring Ted Mucellin?

22 A. Yes.

23 Q. Can you describe that process?

24 A. We hire a HR agency or agent to look for

25 a COO or look for a person that would take over the

1 management or take over all the responsibility to

2 manage Advanced Mining, and he is one of the

3 candidate that was referred by the agent.

4 Q. Did you make the decision to hire Ted?

5 A. No.

6 Q. How was that decision made?

7 A. It's present to Lillian, and Lillian

8 would make the decisions.

9 Q. Did she make that decision on her own?

10 A. Yes, I assume so.

11 Q. As in did you have input into that

12 decision?

13 A. I told her about what I think about Ted

14 and that's it.

15 Q. And were you responsible for

16 transitioning Ted into his role?

17 A. Yes.

18 Q. And what did you do as part of that

19 process?

20 A. Telling him what is involved in the

21 Advanced Mining company, what needs to be focusing

22 on or the software, support software, anything of

23 that nature that he needs to run the company.

**IX. Mr. Ho Had No Knowledge of Any SEC Subpoena Until May 18, 2022, and Associated Regulatory Matters With Don's Responsibilities.**

**Pages 98:19-25, 99:1-25, 100:1-8**  (Examination by Mr. Eichel)

19 Q. Mr. Ho, you have in front of you what

20 we've marked as Ho-13, and this is a June 10th,

21 2022 e-mail from Ted Mucellin to Lillian Zhou,

22 copying Ted, copying you, and copying Sean Tu; is

23 that correct?

24 A. Correct.

25 Q. In the bottom e-mail in the first page,

1 Ted mentions that he found a subpoena from the SEC;

15

2 is that correct?

3 I'm sorry. I would like to direct your

4 attention to the last e-mail in the chain dated

5 May 18th. I'm sorry about that. And feel free to

6 take a look at that e-mail, but my question is --

7 A. May 18th?

8 Q. Correct. And this is an e-mail from Ted

9 to Lillian, copying you, and is it correct that Ted

10 mentions he found an SEC subpoena?

11 A. Yes.

12 Q. As of May 18th, 2022, were you aware

13 that the SEC had issued a subpoena to VBit?

14 A. I'm aware of we have an inquiry by the

15 Washington State. So that is what I know. As far

16 as the SEC, I don't recall.

17 Q. Okay. You don't recall ever seeing the

18 SEC subpoena?

19 A. The -- sorry. Your question?

20 Q. Do you recall ever seeing the SEC

21 subpoena?

22 A. No.

23 Q. So is the first time you become aware of

24 the SEC subpoena was when Ted e-mailed Lillian and

25 copied you about it?

1 A. Yes. And at that time, I think I

2 associate with the ongoing issue we have with

3 Washington, because that is the issue that we've

4 been trying to resolve, and Don has been the one

5 that contact with the lawyers and said that is

6 handled and then we just need to make sure we

7 change the structure of the multi-level marketing,

8 and that's what I understand about our legal issue.

### X. Bitcoin Withdrawal Issues Were Caused by Lillian's Delayed Refills.

**Pages 90:23-25, 91:1-13** (Examination by Mr. Eichel)

23 Q. Mr. Ho, this is a May 19th, 2022 e-mail

24 that we've marked as Ho-11, and it is from Sean Tu

25 to Lillian, copying you and Ted Mucellin; is that

1 correct?

2 A. From Sean Tu, yes.

3 Q. Were you familiar with this type of

4 e-mail?

5 A. Am I familiar with this type of e-mail?

6 Yes.

7 Q. What's happening? What's been

8 communicated in this e-mail?

9 A. It's communicating that we need more

10 bitcoin to fulfill the withdrawal.

11 Q. And withdrawal being customer

12 withdrawals?

13 A. Yes.

**Pages 93:10-25, 94:1-25, 95:1-8** (Examination by Mr. Eichel)

10 Q. Do you recall the withdrawal issue that

11 we talked about in Ho-11 being a significant

12 problem at VBit at the time?

17

13 A. Significant problem? We do ask Lillian

14 to review the wallet when it's not enough, and she

15 does have a tendency not reply right away. So we

16 do have to send follow-up e-mails from time to time

17 to get to she finally deposit bitcoin and whatnot,

18 but most of the time once we send it and then

19 follow up, we will get some bitcoin to deposit.

20 Q. Did this type of problem ever happen

21 prior to the sale of VBit to Advanced Mining?

22 A. It could sometimes due to the network

23 itself, like the blockchain itself have issues or

24 delay and whatnot, but probably not as frequent as

25 in Advanced Mining.

1 Q. Is it fair to say the problem of a

2 withdrawal issue in May of 2022 did not compare in

3 severity to any lag issues you may have had

4 previously?

5 A. Yeah, but also at that time, the whole

6 crypto industry and blockchain does have more

7 congestion because more interest or people are

8 trying to get in, and at the time, delay sometime

9 is long and unpredictable.

10 Q. And you referenced a time of people

11 trying to get into crypto. Are you talking about

12 May of 2022 or are you talking about some other

13 time?

14 A. Like in general in those period of time,

15 because crypto getting a lot of attentions and then

16 the pricing of crypto probably make people go in

17 and out or they're trading and then just making the

18 network congested. Sometime it take, you know,

19 hours or sometime it could take days.

20 So when mentioned to -- when people

21 mention, hey, the network is congested, it's

22 predictable in some way how long. And also for any

23 transaction, you have to pay a fee to -- like you

24 have couple level of fee structure, that if you pay

25 more, it will go faster and things like that, and

1 sometimes -- at that time, the crypto, the fee is

2 really high, so that make even more congested,

3 because people don't want to pay high fee. So it's

4 not uncommon with network could cause delay.

5 Q. Are you saying that that's what was

6 happening in May of 2022?

7 A. No. I'm just saying it could be one of

8 the reason.

**Pages 97:12-25, 98:1-9** (Examination by Mr. Eichel)

12 Q. Mr. Ho, I put in front of you what we've

13 marked as Ho-12, and this is an e-mail dated

14 May 23rd, 2022 from Sean Tu to you and Ted

15 Mucellin; is that correct?

16 A. Correct.

17 Q. If you look at the bottom e-mail in the

18 chain on the first page, is it correct it looks

19 very similar to Ho-11 that we just looked at?

19

20 A. Yes.

21 Q. And it's dealing with the withdrawal

22 problem that VBit was facing?

23 A. Yes.

24 Q. In the top e-mail, Sean Tu asks you to

25 reach out to Lillian about the issue. Do you know

1 why Sean is asking you to do that?

2 A. Just so I can send e-mail as well to

3 her.

4 Q. Were you generally in contact with

5 Lillian more frequently than Sean?

6 A. I don't know.

7 Q. Okay. So you interpret this as Sean

8 saying can somebody else reach out to her too?

9 A. Yeah.