# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT O

1

## Exhibit O: Communications Regarding Sean Tu's Transition from COO to Executive Consultant (Jan–Feb 2023)

This exhibit consists of internal email communications between Defendant Sean Tu and VBit CEO Lillian Zhou from January 9, 2023 through February 6, 2023, confirming Mr. Tu's transition from COO to executive consultant, his continued authorization to perform services for VBit at the CEO's direction, and the structure of his continued compensation and expense coverage following that transition.

**Sean Tu**

| | |
|---|---|
| **From:** | Lillian Zhou |
| **Sent:** | Monday, January 9, 2023 5:26 AM |
| **To:** | Sean Tu; Kevin Zhou |
| **Subject:** | Re: Thee possible scenarios on Friday: Shutdown, Reduced, or Continue until February and Reduce. |

Hi Sean,

Please continue as Vbit's COO for the purpose of handling its legal matters and financial transactions. Your salary will continue as is. You are authorized to continue with the sale of Vbit's MT data center. As for other employees, I am currently trying to get funding to get the company back up and running. I will be wiring funds to Vbit's account this week to fund your salary and the payment for keeping the website up and etc.

Lillian

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Thursday, January 5, 2023 12:36 AM
**To:** Lillian Zhou <l.zhou@vbittech.com>; Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Thee possible scenarios on Friday: Shutdown, Reduced, or Continue until February and Reduce.

## Quick update on bank balances:

**Good evening, VBIT TECHNOLOGIES CORP.**
Today is Jan 4, 2023. | Last accessed: Jan 4, 2023 6:39 PM ET.

| Deposits | Available Balance | Today's Beginning Balance | Pending Transactions |
|---|---|---|---|
| VBIT TECH x4591 | $36,787.67 | $43,422.44 | -$6,634.77 |
| VBIT INC x4184 | $62,941.83 | $62,941.83 | $0.00 |
| VBIT DC x4374 | $8,356.62 | $8,356.62 | $0.00 |
| Total | $108,086.12 | | |

$108K is dangerously under budget for operations and paying legal services.

1

## Three Scenarios for Friday, January 4, 2023.

We need fundings by USA time end of Thursday (11:59:59 PM) January 5th, to determine which scenario we will execute.

**Shutdown scenario:**
If we do not receive fundings by Thursday January 5th, and due to legal liabilities, we need to shutdown and terminate all employees on Friday January 6, 2023, because we can no longer pay their upcoming paychecks.

**Barebone Staff Scenario:**
Depending on the amount of funding received on Thursday, January 5th, we can reduce our staff on Friday January 6th.  We'll need at least $61,666.69 for the US and an additional $13,000 for India or total of $74,666.69.

| Employee | Dept | Bi Weekly* | Monthly | Annual |
|---|---|---|---|---|
| Sean Tu | Exec | $11,538.47 | $25,000.02 | $300,000.22 |
| Rosa Zeng | Exec | $2,115.38 | $4,583.32 | $54,999.88 |
| Cynthia Son | Admin | $2,500.00 | $5,416.67 | $65,000.00 |
| Weilin Li | Admin | $1,923.08 | $4,166.67 | $50,000.08 |
| Erin Cofield | Admin | $1,653.85 | $3,583.34 | $43,000.10 |
| Daniel Carlson | Engineering | $3,076.92 | $6,666.66 | $79,999.92 |
| Ryan Williams | Support | $3,269.23 | $7,083.33 | $84,999.98 |
| Gersham Fulcott | Support | $2,384.62 | $5,166.68 | $62,000.12 |

| | |
|---|---|
| **Total Monthly Expense** | $61,666.69 |
| **Total Annual Expense** | $740,000.30 |

**Same Staff (Essential) for January, then reduce for February:**
If we can be funded $112,482.73 for January staffing, we would have the essentials needed to carry taxes related work for the company – mainly handling and sending out Form 1099.  We can then reduce staff for February.

## Emergency Meeting with Management Team

Today, January 4th, I have assembled the management to discuss the possibility of the company shutting down the US office on Friday.  I have also shared that Advanced Mining Group has informed us the intention to continue operations but have asked for a further reduction in force and we are waiting for the fundings by Friday.

If we are forced to shut down on Friday, they have said they are willing to be re-hired if the company manages to receive fundings later and before they accept new jobs.

I have asked for their professionalism to continue as business as usual until Friday.

## Legal Services and Representation.

In addition to funding for payroll, we'll need fundings to pay our attorneys.

They have informed me, when we cannot pay them, they will also stop their services and/or withdraw their representation of us.

## My Services.

If we are out of funds by Thursday, January 5th, on Thursday, after I terminate all the employees, I will also see how to terminate myself from the payroll so there are no further paychecks to be made to me as well.

I understand the market has not been kind to VBit and Advanced Mining Group and they may need someone in the USA side to continue to help.

I will then mark myself as an executive consultant / contractor and continue to stand by and help VBit where I can include rehiring people if we do get fundings again. During the time I am a consultant, I will not demand any payments for my services and help.  But I may have to seek employment as I have personal expenses to pay for.

I will try to continue to help you with legal, with VBit DC property sale.  But just know I may be limited due to not having any engineering and other employees to help.


**NOTE:** I hope VBit can at least continue to keep the Indian team for their engineering resources.

## Others:

Monthly expenses:
- AWS
- NetSuite
- Flight

If we stop paying for these, we will lose access to other data.

Regardless of what happens, I hope you were please with my commitment to my role and work for the company and the owners.

Thank you for the opportunity to be your COO.


Sean Tu
COO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

[Intentionally Blank Page]

**Sean Tu**

| | |
|---|---|
| **From:** | Sean Tu |
| **Sent:** | Wednesday, January 25, 2023 12:29 PM |
| **To:** | Lillian Zhou |
| **Cc:** | Kevin Zhou |
| **Subject:** | RE: Plans for Q1 2023 for the company and Entities |

Hi Lilian,

We have received the wire of $60k at TD Bank. Will this be the only funds we have for Jan and February? Or will more be arriving in the near future?

The legal fees and retainer itself will be $75K. I'm going to pay as much as possible. Will we be getting at least another $75k more so we can pay the retainers and rehire a few staff back? At a minimal, I want to rehire Rosa, Cynthia and Daniel, if even for 1 more month.

It does not look like we can afford to rehire much of the staff either. I've ask the Indian staff to take a 30% reduction, and we are forced to cut out our 2 support agents from India.

I'm asking the IT engineer to scale down our website expense as much as possible, but we may need to suspend services which result in website being offline.

Due to very limited funds, I'm going to defer any payments to my salary for Jan, but I will ask VBit cover some minimal expenses for Jan on my behalf. My normal monthly salary would be $25,000, but with $60,000 and other expenses, I don't see how it is possible. Instead of paying my Salary for January, I like to defer it to be paid in the future, but VBit covers $5,000 of basic expenses in January on my behalf.

I'm going to look at cutting down Netsuite, etc.


Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Tuesday, January 24, 2023 10:32 AM
**To:** Sean Tu <s.tu@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Re: Plans for Q1 2023 for the company and Entities

I have just initiated a wire for $60k. You should receive it in the next day or 2.

Lillian

1

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Tuesday, January 24, 2023 11:10 AM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** RE: Plans for Q1 2023 for the company and Entities

Will look out and will do.

If the lawyers' opinion is that we can split out other entities to be on their own and be impacted by the SEC's decision against VBit Tech and VBit Mining, as well as not impacted by civil litigation, I'll investigate what is needed to get it done.

Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Tuesday, January 24, 2023 1:30 AM
**To:** Sean Tu <s.tu@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Re: Plans for Q1 2023 for the company and Entities

I will be wiring funds in the next day or two. Please suspend all services that we are paying for to keep funds for legal matters. When I secure additional funding, we will discuss a revival plan.

Lillian

---

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Monday, January 23, 2023 4:08 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** RE: Plans for Q1 2023 for the company and Entities

Any ETA on any funds?


**Banking Information:**

Bank Info for Wire:

| Bank Name | TD Bank |
|---|---|
| Bank Address | Wilmington, DE |

Here is the Wire info:

| Domestic Wire (ABA) | 031101266 |
|---|---|
| **International (SWIFT)** | **NRTHUS33XXX** |

Account Info:

| VBit Tech (Main) | 4400564591 |
|---|---|
| VBit Inc | 4400594184 |
| VBit DC | 4400594374 |

For simplicity's sake, you can wire funds to the main account, **4400564591**, and we can move funds to other accounts from there.

Any many employees are considering moving on making different to rehire critical ones that would help with the legal and SEC requests.

I'm very limited to do anything for the entities.  The lawyers are insisting on payments.

- After I discuss benefits of splitting the entity to be 100% independent from VBit Tech, if lawyers agree and provide the opinion that new company(ies) would be protected against judgements against the parent company, we'll need to ensure these companies businesses and management are separated from VBit Tech and vBit Mining.  Incliudng different office locations, different mailing addresses, different banking accounts.

    It is possible to have the same people serving as CEO and COO, etc in these different companies, but these roles must be independent roles unrelated to each other.  It will have some expense to set this/these companies up.

Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Sean Tu
**Sent:** Thursday, January 19, 2023 11:47 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** RE: Plans for Q1 2023 for the company and Entities

FYI, due to limited funds in our bank, I've consolidated the funds to VBit Inc's account:



The reason is, there are some upcoming auto-payment and other direct pay that will debit from VBit Tech on services that may or may not be critical for what we need in the next 7 days.

If this happens it will deplete our funds where we cannot pay laywers.

Also, please be aware, the lawyers won't withdraw representation because we say we are out of funds, they will withdraw the moment we cannot pay the invoices.  We've depleted our retainer from GGD, and currently cannot refill it.  (They want $50,000 retainer for VBit).

We currently have a bill from our external general counsel.  Approx $7,000 USD.  Which I will delay as long as possible then pay before late payments kick in.  After that, will need funds to engage to discuss non-SEC matters such as splitting off entities.

I also suggest we have a separate retainer for individual representation, just in case the SEC freezes the company, then we can at least cover the legal fees from the individual retainer.

Thanks!


Sean Tu
Executive Consultant (Contractor) to the CEO



4

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Thursday, January 19, 2023 10:53 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Re: Plans for Q1 2023 for the company and Entities

Will do.

I will try to confirm likelihood that any decisions against VBit Tech and VBit Mining will impact VBit Inc (and VBit DC) if we can split off VBit Inc and DC into separate entities.

VBit DC does have at least 200K of debt owed to Frontier Mining. And requires over $500K of fundings to reconnect electricity to Montana site. Is VBit DC considered a loss cause ? What do you want to do with VBit DC? I think at the minimal, try to save the inventory in storage, but I have reached out to Arland and Frontier, but they have ignored us – likely due to sour relationship because we could not pay them and they inherited the electricity liability.

Also in the USA, "landlords" may be able to possess any items left on their premise by tenants who abandons it after 30 or 60 days. All the assets VBit DC had, may be considered loss, or soon consider loss.

So, if VBit DC is not salvageable, it makes no sense to spend more money and time to split off the entity. VBit Inc is currently the cleanest entity with no assets or liability. I can still attempt to split VBit DC if you believe you can put together a plan to execute that can save it.

Otherwise, if we cannot muster the funds soon, we should really consider focusing funds on legal liability and lawsuits.


Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Date:** Wednesday, January 18, 2023 at 10:30 PM
**To:** Sean Tu <s.tu@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Re: Plans for Q1 2023 for the company and Entities

Okay,
Split off the companies as they should be separate companies anyway. Please do not disclose to the lawyers that we are short on funding as they would not continue work. I am working on the funding as we speak.

Best,

Lillian

---

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Monday, January 9, 2023 4:36 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kevin Zhou <k.zhou@vbittech.com>
**Subject:** Plans for Q1 2023 for the company and Entities

Hi Lilian,

There may be other coming challenges for us in the next few months including and not limiting to:

- More law suits
- More State investigation
- Philadelphia-Washington Avenue office evicting us due to Sale
    - The landlord have put the building up for sale.
    - The new owners may not want to lease the office to us
- SEC issuing a court order against VBit Tech and subsidiaries
    - A freeze order will be a BAD thing – that means all operations and banking related to VBit Tech are frozen in the USA
    - Company will not be able to access the funds in banking account
    - We won't be able to conduct any business – but still liable for legal matters in USA

It is realistic because of the company inability to provide all the documents the SEC asks for, and mounting complaints, the SEC may get a court order to freeze VBit.  AMG and the company should make plans for this scenario before it happens.

I have ask Milena if it is problematic to try to split off an entity or 2 (VBit Inc and VBit DC) from VBit Tech right now.  Or if it is better to try to setup a new company the purpose of helping AMG deal with VBit Tech and Legal matters (like VBit Inc is.).

Regardless, this needs to be planned before it happens, and we are unprepared to deal with it.  Please consider these scenarios and let me know if you want me to try to split off the entities or create a new company to take over work from VBit Inc and work for VBit and AMG as clients in client-vendor relationship.


Thanks.

Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

[Intentionally Blank Page]

# Sean Tu

| | |
|---|---|
| **From:** | Sean Tu |
| **Sent:** | Monday, February 6, 2023 5:16 PM |
| **To:** | Lillian Zhou |
| **Subject:** | New Monthly Expenses - two scenarios: $124,301 vs $144,301; >50% is for legal expenses |
| **Importance:** | High |

Hi Lilian,

Here are new monthly expenses for 2 different scenarios. The largest expenses (>50%) will be from Legal expenses. Also keep in mind that as lawsuits increases, our legal expenses are likely to increases as well. These are bare expenses for VBit Tech, and does not cover any expenses for other entities.

Legal Expenses breakdown:

Total: $73,000

| Item | Expense | 100% |
|---|---|---|
| GGD (Milena) | $60,000 | 82% |
| Local Attorney | $7,000 | 10% |
| General Attorney | $6,000 | 8% |

**From there on, the difference between the 2 scenarios is whether or not the COO position will be a paid salary position or not.

Under scenario A, the COO would not be receiving any salary, but the company will cover up to $5,000 per diem in expenses for the COO, but ($25,000 per month would be deferred to the future to be paid as salary later when the company is able to raise adequate funds).

Under Scenario B, the COO receives a monthly salary of $25,000 (or 300,000 per year).

**Would we be able to support a monthly operating expense of $124,301 per month where $73,000 is dedicated for legal expenses ?**

Otherwise, do you have a budget goal in mind? Legal expenses will always be our most expensive costs now and in the future.

## A) Monthly Operating Expense 2023 (without COO Salary):

Total: $124,301

| Item | Expense | 100% |
|---|---|---|
| Legal Expenses | $73,000 | 59% |
| India Staff | $13,000 | 10% |
| Digital Ocean | $11,000 | 9% |

| Item | Expense | |
|---|---:|---:|
| **Part-Time Contract**** | $5,417 | 4% |
| **COO Basic Expenses*** | $5,000 | 4% |
| Executive Assistance | $4,584 | 4% |
| AWS | $4,500 | 4% |
| Miscellaneous | $2,000 | 2% |
| Email Accounts | $1,900 | 2% |
| IDSTC Flight | $1,500 | 1% |
| Netsuite | $1,300 | 1% |
| Office Lease | $600 | 0% |

**B) Monthly Operating Expense 2023 (with COO Salary):**

Total:  $144,301

| Item | Expense | 100% |
|---|---:|---:|
| <mark>Legal Expenses</mark> | <mark>$73,000</mark> | <mark>51%</mark> |
| **COO Salary*** | $25,000 | 17% |
| India Staff | $13,000 | 9% |
| Digital Ocean | $11,000 | 8% |
| **Part-Time Contract**** | $5,417 | 4% |
| Executive Assistance | $4,584 | 3% |
| AWS | $4,500 | 3% |
| Miscellaneous | $2,000 | 1% |
| Email Accounts | $1,900 | 1% |
| IDSTC Flight | $1,500 | 1% |
| Netsuite | $1,300 | 1% |
| Office Lease | $600 | 0% |

Furthermore, for the next couple months we may need to try to hire part-time employees to work ($5,417) on a per day basis – if they are willing to work as part-time work.  This is to handle Waveapps, etc.

For AWS, we're looking to ways to cut down AWS further, but this is a challenging task.  AWS not only contains our websites, but our databases. Our databases is the most expensive part of AWS.

Sean Tu
Executive Consultant (Contractor) to the CEO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

2