# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>  Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>  Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>  Plaintiffs,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>  Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT P

1

## Exhibit P: CEO-Directed Development and Legal Approval Requirements for BTC Interest System

This exhibit consists of internal email communications between Defendant Sean Tu, VBit CEO Lillian Zhou, and company officers from February through March 2022 regarding the design, implementation, and proposed activation of a BTC interest system for customer wallets. The communications reflect that the project was initiated and directed by the CEO, developed by engineering at the CEO's request, and withheld from public activation pending legal approval of formal terms and conditions. The feature was not publicly released.

**Sean Tu**

| | |
|---|---|
| **From:** | Lillian Zhou |
| **Sent:** | Thursday, March 3, 2022 5:58 AM |
| **To:** | Sean Tu |
| **Cc:** | Kenneth Ho |
| **Subject:** | Re: Interest on BTC held in the AM Wallet |

Sean,

Thank you for the update. Are we able to set a minimum balance for interest to be paid out? I would like only accounts that holds at least $2,500USD to be eligible for interest payments.

Best,
Lillian

---

**From:** Sean Tu <saj.tu@vbittech.com>
**Sent:** Tuesday, March 1, 2022 10:02 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** RE: Interest on BTC held in the AM Wallet

Hi Lilian,

An update during the cross-team status meeting. We are still on track to deliver and deploy the interest-bearing system on March 11th.

Review of the specifications:
- Hourly balance snapshot for each member's qualified withdrawable balance
    - Average hourly balance is capture for the day
- Daily balance snapshot from the hourly averages
- Monthly balance snapshot from daily averages
- The interest is determined on the 1st of each month (midnight) for each member with qualifying balances
    - The calculated interest in BTC is deposited into the members account's holding tank for 24 hours
    - After 24 hours, members may withdraw the interest credit.

Thank you,
**Sean Tu**
*Executive Consultant to CEO (Contractor)*



*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Sean Tu
**Sent:** Tuesday, February 15, 2022 10:19 AM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** RE: Interest on BTC held in the AM Wallet

Thank you.
We are on track to deliver. I will report any risks if any are discovered.

**Sean Tu**
*Executive Consultant to CEO (Contractor)*



*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Tuesday, February 15, 2022 10:16 AM
**To:** Sean Tu <saj.tu@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** Re: Interest on BTC held in the AM Wallet

Hi Sean,
That design is fine. Please move forward with implementation.
Best,
Lillian

**From:** Sean Tu <saj.tu@vbittech.com>
**Sent:** Thursday, February 10, 2022 12:54 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** RE: Interest on BTC held in the AM Wallet

Hi Lilian

My team will be able to start work to implement the BTC interest system on March 1st and would be able to deploy for general availability (GA) as early as March 11th.
The design that we had is slightly different than your and I hope it is okay:

- Hourly balance snapshot for each member's qualified withdrawable balance
    - Average hourly balance is capture for the day
- Daily balance snapshot from the hourly averages
- Monthly balance snapshot from daily averages
- The interest is determined on the 1st of each month (midnight) for each member with qualifying balances
    - The calculated interest in BTC is deposited into the members account's holding tank for 24 hours
    - After 24 hours, members may withdraw the interest credit.

We had originally designed it to take hourly averages to prevent members gaming the system:
> Members figuring on the timetable when balances are captured for interests then withdrawing and depositing funds, so it appears they have more funds in their daily balances.
> Taking hourly snapshots was determined to help deter this behavior.

Please let me know if this design is okay to move forward with on March 1st as start date. We will start preplanning next week, to ensure we have pre-requisites met.
Please feel free t reach out to me with any questions.
Thank you

**Sean Tu**
*Executive Consultant to CEO (Contractor)*



*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Sean Tu
**Sent:** Wednesday, February 9, 2022 12:44 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** RE: Interest on BTC held in the AM Wallet

Hi Lilian,

That is correct. We designed and started building several interest models before the project was cancelled due to uncertainty to fund the interests.

I need to do a discovery with my architects and leads to see how quickly we can re-engage this.

I believe Kenneth and I are still unclear on the relationship between Gconomy and VBit/Advanced Mining. I can say, we both want to ensure the success of VBit/AM and enable you to lead it into greatness.

A concern I have is we (Gconomy) were given 30 days from January 31st to transition off VBit and ensure smooth transition and separation of assets. The team is hard at work preparing the technology hand-off before March 3rd. To include work to deploy the interest system during this transition period is challenging unless VBit can be flexible and authorized extensions.

Regardless, I assure I will hold a priority meeting with engineering and discuss this today.

**Sean Tu**
*Executive Consultant to CEO (Contractor)*



*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Wednesday, February 9, 2022 12:22 PM
**To:** Sean Tu <saj.tu@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** Re: Interest on BTC held in the AM Wallet

Hi Sean,

Thank you for the fast response. I am hoping to get this implemented in the next 30 to 45 days. It would be great if you can get this done with your team. When we spoke with Don, he did say that this was something he wanted to do and we thought there was already work done for this to speed up the process.

As for the staffing situation, I have already send Kenneth an email with instructions.

Best,
Lillian

---

**From:** Sean Tu <saj.tu@vbittech.com>
**Sent:** Wednesday, February 9, 2022 1:16 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** RE: Interest on BTC held in the AM Wallet

Hi Lilian!

I'm excited to see what new heights you take VBit / Advanced Mining to.

I believe we can get an interest system implemented; 30 days is a bit short notice; we were not expecting to make enhancements to the systems until we speak with you and Advanced Mining group and what capabilities they are bringing and what they will need. I'll start the discovery and planning discussions today and confirm what we can do and get back to you on more specifics by tomorrow.

The company's staff – including myself and Ken are looking to get more details from new leadership coming on board.

Are you bringing on board any additional staff from the parent company? When should I start discussing what responsibilities needed to be handed over?

Thank you! Excited to hear more from you & will get back to you on the interests system by tomorrow.

**Sean Tu**
*Executive Consultant to CEO (Contractor)*



*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Wednesday, February 9, 2022 11:49 AM
**To:** Sean Tu <saj.tu@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** Interest on BTC held in the AM Wallet

Hi Sean,

How are you? Happy Lunar New Year. Please help me start to implement interest payments to BTC holders in the AM wallet. The annual interest rate will be 14%.

How it works:

The system will capture clients' daily balance once a day at specified time. At the end of the month, it will add the daily balances together and divide it by the number of days in the month to get the daily average. Interest will be paid based on the daily average.

I would like to start implementing this within the next 30 days. Please let me know if this is possible ASAP so it can be a part of the introduction email to customers.

We need to build the client base and the number of BTC held in the AM wallet so we can successfully launch the crypto debit card in the 4th quarter of this year. Don has told to us that this was one of his visions for the company, but where he failed, we will succeed.

Best,
Lillian

[Intentionally Blank Page]

# Sean Tu

| | |
|---|---|
| **From:** | Lillian Zhou |
| **Sent:** | Wednesday, March 16, 2022 12:28 PM |
| **To:** | Sean Tu |
| **Cc:** | Kenneth Ho |
| **Subject:** | Re: Interest Rate System Update |

I will update you when we have the green light to move forward with this.

Lillian

**From:** Sean Tu <saj.tu@vbittech.com>
**Sent:** Wednesday, March 16, 2022 1:00 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Cc:** Kenneth Ho <k.ho@vbittech.com>
**Subject:** Interest Rate System Update
Hi Lilian,
Just an update. We deployed all the backend and dependency systems on March 15th to support interest payment as designed.
However, we have hidden the front-end option for members to opt-in for interest payment for the time being until we have a proper Terms of Agreement for interest system. **This work is still waiting on your approval** to seek an attorney **to finalize the terms** for members to read and agree to before they will receive interest payments.
In summary, the system is ready to go – it only needs to the official terms, and we can enable it with 2 business days' notice. It will need 30 minutes downtime to recycle the services.
Thanks!
**Sean Tu**
*Executive Consultant to CEO*



The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.