**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>        Plaintiffs,<br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>        Defendants, | Case No.: 22-cv-01482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>        Plaintiffs,<br>vs.<br><br>VBIT TECHNOLOGIES CORP, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>        Defendants, | Case No.: 22-1574-CFC-SR |

# EXHIBIT Q

1

2

**Exhibit Q: CEO Admission of Investment into External Projects and Resulting Losses**

This exhibit consists of internal email communications between VBit CEO Lillian Zhou and Defendant Sean Tu from August through October 2022 in which the CEO acknowledges that, in pursuit of a 14% interest program, she directed BTC into multiple external projects, resulting in substantial losses following market collapse, and provides instructions regarding customer refunds, public disclosures, and continued operations.

**Sean Tu**

---

| | |
|---|---|
| **From:** | saj.tu@outlook.com |
| **To:** | Lillian Zhou |
| **Subject:** | RE: ETA on funds?  Need total of $681,337.22 for August for ALL businesses.  (and $466,329.10  for September) |

---

**From:** Lillian Zhou <l.zhou@vbittech.com>
**Sent:** Monday, August 8, 2022 10:43 AM
**To:** Sean Tu <s.tu@vbittech.com>
**Subject:** Re: ETA on funds? Need total of $681,337.22 for August for ALL businesses. (and $466,329.10 for September)

Sean,

I have initiated a wire transfer for $350k. I would expect it to hit in a day or two. As soon as it hits, please transfer $100k to a seperate account and start the refund process to all WA clients. Did you get all of their responses as to if they want to keep the machines or a refund yet?

Please also pay the ramp card and the past due for July for Vbit dc's flathead electric bill. I am working on getting more funds transferred over.

To be honest, I appreciate your professionalism and help through this time. We have invested heavily in the Terra project that recently went bust and other projects that went south in the recent crypto storm. AM's mother company lost north of $200M USD in the storm, so we are working on getting additional funds. But I believe that we will get through this.

Best,
Lillian

[Intentionally Blank Page]

**Sean Tu**

| | |
|---|---|
| **From:** | Lillian Zhou |
| **Sent:** | Monday, October 3, 2022 2:29 AM |
| **To:** | Sean Tu |
| **Subject:** | Re: Operations Update |

Hi Sean,

Thank you for the update. I am in the process of securing another funding round and is confident that we will be able to close on it in the next 45 days.

Please have the team draft a public email to be sent out to all members letting them know what happened:

In my ambition to provide a 14% interest rate to clients, I have directed funds into different projects that we believed will be substantially beneficial to the company and clients (including but not limited to the Terra ecosystem). With the shakeup in the markets in May, we have suffered substantial losses. We apologize for the inconveniences this has caused. We have secured additional funding to continue operations and will be resuming withdrawals for all clients within the next 45 days.

For US clients, we will no longer be serving them, but will allow them to withdraw the BTC in their wallets. We will also be reaching out to all US clients to process a return of their machines or offering a refund. We appreciate everyone's patience and look forward to serving everyone to the best of our ability.

Once you have this drafted up, please send it to me and Milena for review.

Thanks,
Lillian

---

**From:** Sean Tu <s.tu@vbittech.com>
**Sent:** Wednesday, September 28, 2022 6:51 PM
**To:** Lillian Zhou <l.zhou@vbittech.com>
**Subject:** Operations Update
Hi Lilian,
Summary of updates:
   A. Engineering (Harshad and Jagat) have successfully backup and migrate our webservices from AWS USA datacenters to Canadian AWS datacenters.
   B. We are migrating from Zendesk to Zoho, because Zendesk terms are unfavorable, their features are lacking, and their prices are 7.5x more expensive.
        a. Zendesk is attempting to renew us at $59,000 per year.
   C. SEC investigation is still ongoing. I believe I have provided Milena all the information I have access to.
   D. Milena have sent response to Huntley case as a company
        a. We still need your signatures to represent you individually.
        b. Regardless, we are pushing for a settlement
   E. Milena has sent the settlement offer to Larkin to send him his machines that he owed.
   F. I have discuss the potentially settlement with the SEC regarding returning machines to customers.
        a. Milena said the SEC may not like it, but because the investigation is still ongoing, if we proactively settle this, then it lessens their penalties.

      b.   It showed we still tried to make the customer whole to our best abilities.

G.  Need your thoughts and consideration of settlement by shipping customers out their machines instead of a full refund on case-by-case scenario.

      a.   Everyone who broken even, will not get machines; any complaints we will settle on case by case basis

      b.   Everyone who have not broken even, we will settle with them by sending them their machines.

H.  Citizens Bank – New checking account is still being setup.

      a.   I just signed the agreement for AccessOptima and ACHieve setup for the accounts.

      b.   You will soon need to change account for the wire of funds into Citizens Bank.

I.  Washington Refunds

      a.   We have reached out to WA customers today.

      b.   Depending rate of response, I will prepare to send out refunds to all who have responded with all the necessary information I need.

Have you considered possibly on resuming US business?

It is highly likely the SEC will only ask us to cease selling securities only. However, our products are only security if we bundle hardware sale with hosting in a manner generates returns like securities. Selling hardware alone is not consider a security; selling hosting services is also not considered a security.

International customers:

I am still getting queries from Australia and New Zealand customers regarding when they can withdraw their bitcoins. Do we have any idea when we can do it?

My team are also on standby to make any necessary changes or create any necessary new services targeting non-USA customers, including building out a brand new website services specifically targeting non-USA customers and geo-locking out USA customers.

We are prepared to separate out USA customers from non-USA customers and put all non-USA customers to a different brand or site altogether so they do not mix with USA customers.

Thanks for your time,

Sean Tu

COO



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*