# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals, | ) ) ) ) | |
| | ) | C.A. No.: 1:22-cv-1482-JLH-SRF |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL EICHLER, and all other similarly situated individuals, | ) ) ) | |
| | ) | C.A. No.: 1:22-cv-1574-JLH-SRF |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER GRANTING PLAINTIFFS ROSS DETTMERING, FRANIS MANGUBAT, AND MICHAEL EICHLER'S UNOPPOSED MOTION TO DISMISS DEFENDANT SEAN TU PURSUANT TO FED. R. CIV. P. 41(a)(2)

AND NOW, this 29th day of January, 2026, upon consideration of Plaintiffs, Ross Dettmering, Franis Mangubat, and Michael Eichler's Unopposed Motion[1] to Dismiss Defendant Sean Tu pursuant to Fed. R. Civ. P. 41(a)(2) (the "Motion"), (D.I. 313)[2] it is hereby Ordered that:

1. Plaintiffs' Motion is **GRANTED**

2. Defendant Sean Tu is dismissed from the above-captioned consolidated actions without prejudice.

3. The Motion for Summary Judgment filed by Defendant Sean Tu in the consolidated actions is **DENIED** as moot. (D.I. 304)

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

---

[1] Based upon Plaintiffs' representation the instant motion is unopposed. (D.I. 313 at 1) Plaintiffs contend that Defendant Jin Gao did not oppose the motion but would not agree to stipulate to its terms. *Id.*

[2] C.A. 22-1482 and C.A. 22-1574 were consolidated for all purposes on November 6, 2023. (D.I. 136 in C.A. 22-1482, D.I. 51 in C.A 22-1574) All citations to the docket within this order shall reference C.A. 22-1482.