

2711 CENTERVILLE ROAD
SUITE 201
WILMINGTON, DE 19808
PHONE: 302-656-2500
FAX: 302-656-9053

SCOTT M. TUCKER
SMT@CHIMICLES.COM

March 2, 2026

**VIA ECF**

Magistrate Judge Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14, Room 6100
Wilmington, DE 19801-3555

      Re:    *Dettmering v. VBit Technologies Corp.,* Case No. 22-1482-CFC-SRF
               *Eichler v. VBit Technologies Corp.*, Case No. 1:22-cv-01574-CFC-SRF

Dear Judge Fallon:

      Plaintiffs Ross Dettmering, Francis Mangubat, and Michael Eichler ("Plaintiffs") respectfully submit this letter to notify the Court of a change in firm affiliation for Plaintiffs' Interim Co-Lead Counsel and to provide a revised proposed order in connection with Plaintiffs' Motion for Class Certification (D.I. 291) reflecting that change.

      By way of background, on July 5, 2023, the Court appointed the law firms of Boni, Zack & Snyder LLC ("BZS") and Langer, Grogan & Diver P.C. as Interim Co-Lead Counsel for the proposed class, and Chimicles Schwartz Kriner & Donaldson-Smith LLP as Liaison Counsel. D.I. 102 ¶ 1. On December 5, 2025, Plaintiffs filed their Motion for Class Certification (D.I. 291), including a proposed order stating, in relevant part, that "[t]he Court approves Boni, Zack & Snyder LLC and Langer, Grogan & Diver PC as Co-Lead Counsel, and Chimicles Schwartz Kriner & Donaldson-Smith LLP as Liaison Counsel for the above class." D.I. 291-1 ¶ 9.

      Effective March 5, 2026, the BZS attorneys principally responsible for this matter, Joshua D. Snyder and Benjamin J. Eichel, will join the law firm Saltz Mongeluzzi Bendesky P.C. ("SMB"), because BZS will cease operating in its current form in the near future.[1] SMB is not new to this litigation; it previously filed *Eichler v. VBit Technologies Corp.*, No. 1:22-cv-01574-CFC-SRF, and has remained informed regarding the status of these consolidated cases.

      In light of this change in firm affiliation, Plaintiffs submit a revised proposed order (Exhibit A) that substitutes SMB in place of BZS as Co-Lead Counsel. Prior to submitting this letter,

---

[1] Once the change becomes effective, counsel will file a Notice of Change of Firm Affiliation with updated contact information for counsel.

Magistrate Judge Sherry R. Fallon
March 2, 2026
Page 2

Plaintiffs' counsel conferred with counsel for Defendants Jin Gao and Phuong D. Vo, and Defendants take no position on the matters addressed herein.

      Plaintiffs' counsel remain available at the Court's convenience to address any questions or concerns regarding this transition.

                                              Respectfully submitted,

                                              */s/ Scott M. Tucker*

                                              Scott M. Tucker

cc:     All Counsel of Record